UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN, HUANG, AND ALPHAMAX, LLC<br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, LORETTA LYNCH, et al<br>　　　　Defendants. | CASE NO.: 1:16-cv-1492 |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for Plaintiffs Matthew Green, Andrew Huang, and Alphamax, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Alphamax, LCC which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of record for Plaintiffs Matthew Green, Andrew Huang, and Alphamax, LLC.

Dated: July 21, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　Professional Corporation


　　　　　　　　　　　　　　　　　　　By:　*/s/ Brian Willen*
　　　　　　　　　　　　　　　　　　　　　　Brian Willen
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 490471

WILSON SONSINI
GOODRICH & ROSATI,
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
(212) 999-5800

*Counsel for Plaintiffs Matthew Green,
Andrew Huang, and Alphamax, LLC.*