AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Matthew Green<br>(4506 Roland Ave, Baltimore, MD 21210)<br>Andrew Huang<br>(233 Bain St. #10-01, Singapore 180233, Singapore)<br>Alphamax, LLC<br>(560 Lodge Lane, Kalamazoo, MI 49009)<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. Department of Justice, Loretta Lynch<br>(950 Pennsylvania Ave, NW, Washington, D.C. 20530)<br>Library of Congress, Carla Hayden<br>(101 Independence Ave, SE, Washington, D.C. 20540)<br>U.S. Copyright Office, Maria Pallante (101 Independence Ave, SE<br>Washignton, D.C. 20559-6000)<br>*Defendant(s)* | Civil Action No. 16-1492 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Willen
Wilson Sonsini Goodrich & Rosati, Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/22/2016



/s/Jackie Francis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-1492

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Justice
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Matthew Green
(4506 Roland Ave, Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-01, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

*Plaintiff(s)*

v.

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave., NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washington, DC 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559)

*Defendant(s)*

Civil Action No. 16-1492

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Loretta Lynch
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Willen
Wilson Sonsini Goodrich & Rosati, Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/22/2016

/s/Jackie Francis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-1492

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Matthew Green
(4506 Roland Ave., Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-01, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

*Plaintiff(s)*

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave, NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washington, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave., Washington, D.C. 20559-600)

*Defendant(s)*

Civil Action No. 16-1492

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Copyright Office
101 Independence Avenue, SE
Washington, D.C. 20559-6000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Willen
Wilson Sonsini Goodrich & Rosati, Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/22/2016

/s/Jackie Francis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-1492

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Matthew Green )
(4506 Roland Ave., Baltimore, MD 21210) )
Andrew Huang )
(233 Bain St # 10-01, Singapore 180233, Singapore) )
Alphamax, LLC )
(560 Lodge Lane, Kalamazoo, MI 49009) )
)
*Plaintiff(s)* )
)
U.S. Department of Justice, Loretta Lunch )   Civil Action No. 16-1492
(950 Pennsylvania Ave., NW, Washington, D.C. 20530) )
Library of Congress, Carla Hayden )
(101 Independence Ave., SE, Washington, D.C. 20540) )
U.S. Copyright Office, Maria Pallante )
(101 Independence Ave., SE, Washington, D.C. 20559-600) )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Carla Hayden
101 Independence Ave., SE
Washington, D.C. 20540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Willen
Wilson Sonsini Godrich & Rosati, Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/22/2016                                                            */s/Jackie Francis*
                                                                              *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-1492

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Matthew Green
(4506 Roland Ave., Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-01, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

*Plaintiff(s)*

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave, NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washigton, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559-600)

*Defendant(s)*

Civil Action No.  16-1492

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Library of Congress
101 Independence Avenue, SE
Washington, D.C. 20540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Willen
Wilson Sonsini Goodrich & Rosati, Professional Corporation
1301 Avenue of Americas, 40th Floor
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/22/2016

*/s/Jackie Francis*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-1492

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Matthew Green<br>(4506 Roland Ave, Baltimore, MD 21210)<br>Andrew Huang<br>(233 Bain St. # 10-01, Singapore 180233, Singapore)<br>Alphamax, LLC<br>(560 Lodge Lane, Kalamazoo, MI 49009)<br><br>*Plaintiff(s)*<br>v.<br>U.S. Department of Justice, Loretta Lynch<br>(950 Pennsylvania Ave., NW, Washington, D.C. 20540)<br>Library of Congress, Carla Hayden<br>(101 Independence Ave., SE, Washington, D.C. 20540)<br>U.S. Copyright Office, Maria Pallante<br>(101 Independence Ave., SE, Washington, D.C 20559-600)<br><br>*Defendant(s)* | Civil Action No. 16-1492 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maria Pallante
101 Independence Avenue, SE
Washington, D.C. 20559-6000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Willen
Wilson Sonsini Goodrich & Rosati, Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/22/2016                                                                /s/Jackie Francis
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-1492

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Matthew Green
(4506 Roland Ave., Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-01, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 46009)

*Plaintiff(s)*

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave., NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave., SE, Washington, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559-600)

*Defendant(s)*

Civil Action No.  16-1492

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Channing Phillips
Judiciary Center Building
555 Fourth St., NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Willen
Wilson Sonsini Goodrich & Rosati, Professional Corporation
1301 Avenue of Americas, 40th Floor
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/22/2016



/s/Jackie Francis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-1492

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: