CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Matthew Green
(4506 Roland Ave, Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-1, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

_____
            Plaintiff(s)

Civil Action No. _16-cv-1492_____

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave, NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washington, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559-600)
            Defendant(s)

## AFFIDAVIT OF MAILING

I, _Yolanda M Gutierrez-Almazan_____, hereby state that:

On the _22nd_ day of _July_____, 2016___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

Carla Hayden
101 Independence Ave, SE
Washington, D.C. 20540

        I have received the receipt for the certified mail, No. _7013 3020 0000 7133 1698_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _28th_ day of _July_____, 2016__.

        I declare under penalty of perjury that the foregoing is true and correct.

_____August 24, 2016_____          _/s/ Yolanda M. Gutierrez-Almazan_
            (Date)                              (Signature)

English          Customer Service          USPS Mobile                                    Register / Sign In

**USPS.COM**®

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70133020000071331698**

**Updated Delivery Day: Thursday, July 28, 2016**

## Product & Tracking Information

Postal Product:                    Features:
                                   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **July 28, 2016 , 11:25 am** | **Delivered, To Mail Room** | **WASHINGTON, DC 20540** |
| Your item has been delivered to the mail room at 11:25 am on July 28, 2016 in WASHINGTON, DC 20540. | | |
| July 28, 2016 , 8:57 am | Arrived at Unit | WASHINGTON, DC 20018 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

[                                    ]          Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



HELPFUL LINKS

Contact Us
Site Index
FAQs

ON ABOUT.USPS.COM

About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES

Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION

Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.