CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Matthew Green
(4506 Roland Ave, Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-1, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

_____
            Plaintiff(s)

                                                    Civil Action No. __16-cv-1492__

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave, NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washington, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559-600)
            Defendant(s)

## AFFIDAVIT OF MAILING

I, __Yolanda M Gutierrez-Almazan__ , hereby state that:

On the __22nd__ day of __July__ , __2016__ , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

Loretta Lynch
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

I have received the receipt for the certified mail, No. __7013 3020 0000 7133 4088__

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __2nd__ day of __August__ , __2016__ .

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
        August 24, 2016                          /s/ Yolanda M. Gutierrez-Almazan

            (Date)                                        (Signature)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**■** Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
**■** Print your name and address on the reverse so that we can return the card to you.
**■** Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

1. Article Addressed to:

LORETTA LYNCH

950 PENNSYLVANIA AVE, NW

WASHINGTON, DC 20530

D. Is delivery address different from item? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*      7013 3020 0000 7133 4088

PS Form 3811, July 2013          Domestic Return Receipt