CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Matthew Green
(4506 Roland Ave, Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-1, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

　　　　　Plaintiff(s)

vs.

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave, NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washington, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559-600)

　　　　　Defendant(s)

Civil Action No. 16-cv-1492

## AFFIDAVIT OF MAILING

I, Yolanda M Gutierrez-Almazan, hereby state that:

On the 22nd day of July, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Copyright Office
101 Independence Ave, SE
Washington, D.C. 20559

I have received the receipt for the certified mail, No. 7013 3020 0000 7133 4095 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 28th day of July, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

August 24, 2016　　　　　　　　　　　　　　/s/ Yolanda M. Gutierrez-Almazan
　　　(Date)　　　　　　　　　　　　　　　　　　　(Signature)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: LIBRARY OF CONGRESS  ☐ Agent  ☐ Addressee<br>X<br>B. Received by *(Printed Name)*    C. Date of Delivery: 7/28/16<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S COPYRIGHT OFFICE<br>101 INDEPENDENCE AVE, SE<br>WASHINTON, DC 20559 | 3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label):* | 7013 3020 0000 7133 4095 |

PS Form 3811, July 2013     Domestic Return Receipt