CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Matthew Green
(4506 Roalnd Ave, Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-1, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

_____
            Plaintiff(s)

vs.

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave, NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washington, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559-600)
            Defendant(s)

Civil Action No. 16-cv-1492

## AFFIDAVIT OF MAILING

I, Yolanda M Gutierrez-Almazan, hereby state that:

On the 22nd day of July, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Channing Phillips
Judiciary Center Building
555 Fourth St., NW
Washington, D.C. 20530

I have received the receipt for the certified mail, No. See email confirmation (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 22nd day of July, 2016.

I declare under penalty of perjury that the foregoing is true and correct.


August 24, 2016                                   /s/ Yolanda M. Gutierrez-Almazan
_____                    _____
      (Date)                                              (Signature)

## Gutierrez-Almazan, Yolanda

**From:** ACE (Main) <aliadmin@acemessengers.com>
**Sent:** Friday, July 22, 2016 5:18 PM
**To:** Gutierrez-Almazan, Yolanda
**Subject:** Round Trip Confirmation For Yolanda Gutierrez-Almazan

1. Delivery to the Department of Justice, US Attorneys Office (555 4th St., NW/DC) for Mr. Channing Phillips (1 envelope) was received by Mrs. W. Haight 4:12 pm (DOJ Mailroom Personnel) inside of the Department of Justice, US Attorneys Office.  The return for Yolanda Gutierrez-Almazan (1 proof of delivery) was received by Ms. Kelley Green 4:35 pm inside of the Wilson, Sonsini, Goodrich & Rosati, PC loading dock shipping and receiving room.

*Thank You For Choosing Ali's Contracting Elite, LLC; Your First Choice For Messenger Services!*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-1492

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Stamp: REC'D FRONT OFFICE U.S. ATTORNEY'S OFFICE DISTRICT OF COLUMBIA 2016 JUL 22 PM 4:12]