CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Matthew Green
(4506 Roland Ave, Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-1, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

_____
            Plaintiff(s)

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave, NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washington, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559-600)
            Defendant(s)

vs.

Civil Action No. __16-cv-1492__

## AFFIDAVIT OF MAILING

I, __Yolanda M Gutierrez-Almazan__, hereby state that:

On the __22nd__ day of __July__, __2016__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

I have received the receipt for the certified mail, No. __7013 3020 0000 7133 4071__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __25th__ day of __August__, __2016__.

I declare under penalty of perjury that the foregoing is true and correct.

__August 31, 2016__                         __/e/ Yolanda M. Gutierrez-Almazan__
        (Date)                                              (Signature)

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by *(Printed Name)* | C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S DEPARTMENT OF JUSTICE<br><br>950 PENNSYLVANIA AVE, NW<br><br>WASHINGTON, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>AUG 25 2016 | |
| | 3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered            ☐ Return Receipt for Merchandise<br>☐ Insured Mail        ☐ Collect on Delivery | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7013 3020 0000 7133 4071 | |

PS Form 3811, July 2013           Domestic Return Receipt