CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Matthew Green
(4506 Roland Ave, Baltimore, MD 21210)
Andrew Huang
(233 Bain St. #10-1, Singapore 180233, Singapore)
Alphamax, LLC
(560 Lodge Lane, Kalamazoo, MI 49009)

_____
Plaintiff(s)

vs.

U.S. Department of Justice, Loretta Lynch
(950 Pennsylvania Ave, NW, Washington, D.C. 20530)
Library of Congress, Carla Hayden
(101 Independence Ave, SE, Washington, D.C. 20540)
U.S. Copyright Office, Maria Pallante
(101 Independence Ave, SE, Washington, D.C. 20559-600)
Defendant(s)

Civil Action No. __16-cv-1492__

## AFFIDAVIT OF MAILING

I, __Yolanda M Gutierrez-Almazan__, hereby state that:

On the __25th__ day of __August__, __2016__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Library of Congress
101 Independence Ave, SE
Washington, DC 20540

I have received the receipt for the certified mail, No. __7013 3020 0000 7133 1742__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __29th__ day of __August__, __2016__.

I declare under penalty of perjury that the foregoing is true and correct.

__September 12, 2016__                                    __/e/ Yolanda M. Gutierrez-Almazan__
(Date)                                                              (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>LIBRARY OF CONGRESS<br><br>101 INDEPENDENCE AVE, SE<br><br>WASHINGTON, DC 20540 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ Collect on Delivery | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7013 3020 0000 7133 1742 | |

PS Form 3811, July 2013         Domestic Return Receipt

| English | Customer Service | USPS Mobile | | Register / Sign In |



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70133020000071331742

**Updated Delivery Day:** Monday, August 29, 2016

## Product & Tracking Information

**Postal Product:**  
**Features:**  
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| August 29, 2016 , 7:55 am | **Delivered, To Mail Room** | WASHINGTON, DC 20540 |

Your item has been delivered to the mail room at 7:55 am on August 29, 2016 in WASHINGTON, DC 20540.

| | | |
|---|---|---|
| August 28, 2016 , 11:44 am | Business Closed | WASHINGTON, DC 20540 |
| August 28, 2016 , 7:51 am | Arrived at Hub | WASHINGTON, DC 20018 |
| August 26, 2016 , 6:15 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| August 25, 2016 , 10:34 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

Tracking (or receipt) number

[ ] **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



---

**HELPFUL LINKS**  
Contact Us  
Site Index  
FAQs  

**ON ABOUT.USPS.COM**  
About USPS Home  
Newsroom  
USPS Service Updates  
Forms & Publications  
Government Services  
Careers  

**OTHER USPS SITES**  
Business Customer Gateway  
Postal Inspectors  
Inspector General  
Postal Explorer  
National Postal Museum  
Resources for Developers  

**LEGAL INFORMATION**  
Privacy Policy  
Terms of Use  
FOIA  
No FEAR Act EEO Data  

Copyright © 2016 USPS. All Rights Reserved.