UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN <br> 4506 Roland Ave. <br> Baltimore MD   21210 <br><br> ANDREW HUANG <br> 233 Bain St. #10-01 <br> Singapore 180233 <br> Singapore, and <br><br> ALPHAMAX, LLC <br> 560 Lodge Lane <br> Kalamazoo MI   49009, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> LORETTA LYNCH <br> 950 Pennsylvania Ave., NW <br> Washington, DC   20530 <br><br> LIBRARY OF CONGRESS, <br> CARLA HAYDEN <br> 101 Independence Ave., SE <br> Washington, DC   20540 <br><br> U.S. COPYRIGHT OFFICE, <br> MARIA PALLANTE <br> 101 Independence Ave., SE <br> Washington, DC   20540, <br><br> Defendants. | Civil Action No. 1:16-cv-1492 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that KATHRYN L. WYER, United States Department of

Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-

captioned matter as counsel of record for defendants.

September 15, 2016                           Respectfully submitted,

                                             BENJAMIN C. MIZER
                                             Principal Deputy Assistant Attorney General
                                             CHANNING D. PHILLIPS
                                             United States Attorney
                                             ERIC R. WOMACK
                                             Assistant Director, Federal Programs Branch

                                             /s/ Kathryn L. Wyer
                                             KATHRYN L. WYER
                                             U.S. Department of Justice, Civil Division
                                             20 Massachusetts Avenue, N.W.
                                             Washington, DC   20530
                                             Tel. (202) 616-8475 / Fax (202) 616-8470
                                             kathryn.wyer@usdoj.gov
                                             *Attorneys for Defendants*