# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW GREEN ET AL.,           )<br>                                                    )<br>       Plaintiffs,                         )<br>                                                    )<br>       v.                                       )<br>                                                    )<br>U.S. DEPARTMENT OF JUSTICE ET AL., )<br>                                                    )<br>       Defendants.                      ) | Civil Action No. 1:16-cv-1492 |

## MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT

Defendants hereby request a nine-day extension of time within which to file a response to Plaintiff's Complaint. Counsel for Defendants has conferred with counsel for Plaintiffs, who indicates that Plaintiffs consent to the requested extension. This is the first extension of Defendants' deadline that Defendants have requested, and no other deadlines have yet been set in this case. Good cause exists for the requested extension, as specified below:

Plaintiff's Complaint was filed on July 21, 2016, and the United States Attorney was served on July 22, 2016. Thus, pursuant to Fed. R. Civ. P. 12(a)(2), Defendants' response to the Complaint is due September 20, 2016. However, undersigned counsel for Defendants was recently assigned to this case and has had competing litigation responsibilities in other cases, including a dispositive motion briefing deadline on August 31, 2016, and a hearing on September 13, 2016, and therefore seeks additional time to prepare a response to the Complaint in this case. Accordingly, Defendants request, and Plaintiffs have agreed to, an extension of time up to and

including September 29, 2016 within which to respond to the Complaint.

September 15, 2016                    Respectfully submitted,

                                                       BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CHANNING D. PHILLIPS
United States Attorney
ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC   20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*