# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MATTHEW GREEN ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:16-cv-1492 |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL., | ) ) ) | |
| Defendants. | ) | |

## [proposed] ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time Within Which to Respond to the Complaint, and for good cause shown, Defendants' motion is hereby GRANTED. Accordingly, it is

ORDERED that Defendants shall file their response to the Complaint on or before September 29, 2016.

SO ORDERED.


Dated: _____                         _____
                                               The Honorable Emmet G. Sullivan
                                               United States District Judge