# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MATTHEW GREEN ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:16-cv-1492 |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL., | ) ) | |
| Defendants. | ) ) | |

## MOTION TO DISMISS

Defendants hereby moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6) to dismiss this action, for the reasons set forth in the accompanying Memorandum in support of this motion.

September 29, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CHANNING D. PHILLIPS
United States Attorney
ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC   20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*