# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| MATTHEW GREEN ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:16-cv-1492 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## [proposed] ORDER

Upon consideration of Defendants' Motion to Dismiss, Plaintiffs' opposition thereto, and

the entire record herein, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED; it is further

ORDERED that this action is hereby DISMISSED with prejudice.

SO ORDERED.


Dated: _____                    _____

The Honorable Emmet G. Sullivan
United States District Judge