BRIAN M. WILLEN (D.C. BN 490471)
WILSON SONSINI
  GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel. (212) 999-5800

STEPHEN GIKOW (CA SBN 302484)
LAUREN GALLO WHITE (CA SBN 309075)
WILSON SONSINI
  GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel. (415) 947-2000

CORYNNE MCSHERRY (CA SBN 221504)
KIT WALSH (CA SBN 303598)
ADAM SCHWARTZ (CA SBN 309491)
ELECTRONIC FRONTIER
  FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel. (415) 436-9333

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Matthew Green, Andrew Huang, and Alphamax, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. Department Of Justice, Loretta Lynch, Library Of Congress, Carla Hayden, U.S. Copyright Office, and Maria Pallante,<br><br>       Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**MOTION FOR PRELIMINARY INJUNCTION ON BEHALF OF PLAINTIFF MATTHEW GREEN PURSUANT TO FED. R. CIV. P. 65(a)**<br><br>Judge: Emmet G. Sullivan<br><br>Hearing Requested |

Plaintiff Matthew Green, by his counsel and pursuant to Federal Rule of Civil Procedure 65(a), respectfully moves for a preliminary injunction that enjoins defendants U.S. Department of Justice and Attorney General Loretta Lynch from prosecuting Dr. Green under the Digital

Millennium Copyright Act (DMCA) during the pendency of this case. Plaintiffs' counsel discussed this motion with opposing counsel in a good-faith effort to determine whether there was any opposition and to narrow the areas of disagreement, and opposing counsel indicated that Defendants' oppose the motion.

In support of this motion, Dr. Green submits a supporting memorandum of points and authorities and states as follows:

1. Dr. Green is an Assistant Professor of computer science and applied cryptography at the Johns Hopkins Information Security Institute. He studies the security of computer systems and teaches others to do the same, in order to improve the safety and security of those who rely upon computers. To effectively do his job, Dr. Green wishes to circumvent technological protection measures in computer systems that contain copyrighted information, and to publish an academic book explaining how he did so. But this computer security research is restricted by the DMCA's anti-circumvention rule, 17 U.S.C. § 1201(a)(1)(A), and publication of his book is restricted by the DMCA's anti-trafficking rule, 17 U.S.C. § 1201(a)(2).

2. Dr. Green is likely to prevail on the merits of his First Amendment claims. The anti-circuvmention rule violates the First Amendment on its face, because it is a speech licensing regime that lacks the constitutionally necessary safeguards. Moreover, the anti-circumvention rule and the anti-trafficking rule violate the First Amendment as applied, respectively, to Dr. Green's research and to Dr. Green's book.[1]

3. Dr. Green satisfies the other prerequisites for a preliminary injunction. He is likely to suffer irreparable harm, the balance of the equities tip in his favor, and an injunction is

---

[1] Plaintiffs reserve for future adjudication all remaining claims, including Dr. Green's claim that these two provisions of the DMCA are facially overbroad, his claim under the Administrative Procedure Act, and all claims of plaintiffs Andrew "bunnie" Huang and Alphamax LLC.

-2-

in the public interest.

WHEREFORE, plaintiff Dr. Green respectfully requests that this Court enter a preliminary injunction that enjoins defendants DOJ and Lynch, on First Amendment grounds and during the pendency of this case, from prosecuting Dr. Green:

1)      under the DMCA's anti-circumvention rule, 17 U.S.C. § 1201(a)(1)(A), for circumventing TPMs for purposes of computer security research; and

2)      under the DMCA's anti-trafficking rule, 17 U.S.C. § 1201(a)(2), for publishing information about how to circumvent TPMs in an academic book.

DATED: September 29, 2016

Respectfully submitted by:

        /s/ Brian M. Willen
Brian M. Willen

| Corynne McSherry | Stephen Gikow | Brian Willen |
|---|---|---|
| Kit Walsh | Lauren Gallo White | D.C. Bar No. 490471 |
| Adam Schwartz | WILSON SONSINI | WILSON SONSINI |
| ELECTRONIC FRONTIER | GOODRICH & ROSATI, | GOODRICH & ROSATI, |
| FOUNDATION | Professional Corporation | Professional Corporation |
| 815 Eddy Street | One Market Plaza | 1301 Avenue of the |
| San Francisco, CA 94109 | Spear Tower, Suite 3300 | Americas |
| (415) 436-9333 | San Francisco, CA 94105 | 40th Floor |
|  | (415) 947-2000 | New York, NY 10019 |
|  |  | (212) 999-5800 |