UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Matthew Green, Andrew Huang, and Alphamax, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. Department Of Justice, Loretta Lynch, Library Of Congress, Carla Hayden, U.S. Copyright Office, and Maria Pallante,<br><br>    Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**DECLARATION OF BRIAN M. WILLEN IN SUPPORT OF MATTHEW GREEN'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Emmet G. Sullivan |

I, Brian M. Willen, declare and state as follows:

  1.  I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel to plaintiff Matthew Green in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify thereto.

  2.  Attached as Exhibit 1 hereto is a true and correct copy of Library of Congress, "Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies," 80 Fed. Reg. 65944, published October 28, 2015, which was downloaded from the United States Copyright Office's website at http://www.copyright.gov/fedreg/2015/80fr65944.pdf.

  3.  Attached as Exhibit 2 hereto is a true and correct copy of the Recommendation of the Register of Copyrights, titled "Section 1201 Rulemaking: Sixth Triennial Proceeding to Determine Exemptions to the Prohibitions on Circumvention," published October 2015, which was downloaded from the United States Copyright Office's website at http://www.copyright.gov/1201/2015/registers-recommendation.pdf.

4. Attached as Exhibit 3 hereto is a true and correct copy of the Comment of the Filmmaker Commenters in In the Matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, which was downloaded from the United States Copyright Office's website at http://www.copyright.gov/1201/2015/comments-020615/InitialComments_LongForm_IDA_Class06.pdf.

5. Attached as Exhibit 4 hereto is a true and correct copy of the Reply Comment of the Filmmaker Commenters in In the Matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, that was downloaded from the United States Copyright Office's website at http://www.copyright.gov/1201/2015/reply-comments-050115/class%206/Reply Comments_LongForm_IDAEtAl_Class06.pdf.

6. Attached as Exhibit 5 hereto is a true and correct copy of the Reply Comment of the Authors Alliance *et al*. in In the Matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, that was downloaded from the United States Copyright Office's website at http://www.copyright.gov/1201/2015/reply-comments-050115/class%205/Reply Comments_LongForm_AuthorsAllianceEtAl_Class05.pdf.

7. Attached as Exhibit 6 hereto is a true and correct copy of the Reply Comment of the American Foundation for the Blind, *et al*. in In the Matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, that was downloaded from the United States Copyright Office's website at http://www.copyright.gov/1201/2015/reply-comments-050115/class%209/Reply Comments_LongForm_AFBEtAl_Class09.pdf.

8. Attached as Exhibit 7 hereto is a true and correct copy of the Stipulation of Dismissal filed in *TracFone Wireless, Inc. v. Billington et al.*, No. 1:06-cv-22942-DLG, Dkt. No. 60 (S.D. Fla. filed June 1, 2007), which was downloaded from the court's PACER system.

9. Attached as Exhibit 8 hereto is a true and correct copy of Library of Congress, "Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies," 75 Fed. Reg. 43,825, published July 27, 2010, which was downloaded from the United States Copyright Office's website at https://www.gpo.gov/fdsys/pkg/FR-2010-07-27/pdf/2010-18339.pdf.

10. Attached as Exhibit 9 hereto is a true and correct copy of Library of Congress, "Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies," 77 Fed. Reg. 65,260, published October 26, 2012, which was downloaded from the United States Copyright Office's website at http://www.copyright.gov/fedreg/2012/77fr65260.pdf.

*****

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 29, 2016, in Washington, D.C.

*s/ Brian M. Willen*
Brian M. Willen

CASE NO. 16-CV-01492-EGS