# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-cv-22942-GRAHAM

| | |
|---|---|
| TRACFONE WIRELESS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES H. BILLINGTON, LIBRARIAN OF CONGRESS and MARYBETH PETERS, REGISTER OF COPYRIGHTS, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, TracFone Wireless, Inc., and Defendants, James H. Billington, Librarian of Congress, and MaryBeth Peters, Register of Copyrights, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above-referenced action be dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 1st day of June, 2007.

| | |
|---|---|
| Steven J. Brodie | James C. Luh |
| Florida Bar No. 333069 | Trial Attorney |
| John A. Camp | Peter D. Keisler |
| Florida Bar No. 848115 | Assistant Attorney General |
| CARLTON FIELDS, P.A. | R. Alexander Acosta |
| Bank of America Tower at International Place | United States Attorney |
| 100 Southeast Second Street | Theodore C. Hirt |
| Suite 4000 | Assistant Branch Director |
| Miami, FL 33131 | United States Department of Justice |
| Telephone: 305 530-0050 | Civil Division, Federal Programs Branch |
| Facsimile: 305 530-0055 | 20 Massachusetts Avenue NW |
| E-Mail: sbrodie@carltonfields.com | Washington DC 20530 |
| jcamp@carltonfields.com | Tel: (202) 514-4938 |
| | Fax: (202) 616-8460 |
| and | e-mail: James.Luh@usdoj.gov |
| | *Attorneys for Defendants* |

WPB#707847.1

James B. Baldinger
Florida Bar No. 869899
CARLTON FIELDS, P.A.
222 Lakeview Avenue
Suite 1400
West Palm Beach, FL 33401
Telephone: 561 659-7070
Facsimile: 561-659-7368
E-Mail: jbaldinger@carltonfields.com
*Attorneys for Plaintiff*

WPB#707847.1