UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Matthew Green, Andrew Huang, and Alphamax, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. Department Of Justice, Loretta Lynch, Library Of Congress, Carla Hayden, U.S. Copyright Office, and Maria Pallante,<br><br>       Defendants. | **Civil Case No. 16-cv-01492-EGS**<br><br>Judge:  Emmet G. Sullivan |

**[PROPOSED]**

**ORDER**

Upon consideration of Plaintiff Matthew Green's Motion for Preliminary Injunction and supporting papers, and Defendants' opposition thereto, together with argument of the parties, if any, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

Defendants are hereby enjoined from prosecuting Plaintiff Green during the pendency of this case (1) under the DMCA's anti-circumvention rule, 17 U.S.C. § 1201(a)(1)(A), for circumventing technological protection measures for purposes of computer security research; and (2) under the DMCA's anti-trafficking rule, 17 U.S.C. § 1201(a)(2), for publishing information about how to circumvent technological protection measures in an academic book.

IT IS SO ORDERED.

Dated:

                                                                                  _____
                                                                                    Hon. Emmet G. Sullivan