# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW GREEN ET AL.,  )<br> )<br>Plaintiffs,  )<br> )<br>v.  )<br> )<br>U.S. DEPARTMENT OF JUSTICE ET AL.,  )<br> )<br>Defendants.  ) | Civil Action No. 1:16-cv-1492-EGS<br><br>Judge: Emmet G. Sullivan |

## STIPULATION AND JOINT REQUEST TO AMEND BRIEFING SCHEDULE

The parties hereby stipulate and jointly request that the briefing schedule set forth in the Court's Order of September 30, 2016 be amended for good cause as set forth below:

Plaintiffs filed their Complaint in this case on July 21, 2016. On September 29, 2016, Defendants moved to dismiss [15], Plaintiffs filed a motion for a preliminary injunction [16]. On September 30, 2016, the Court issued a scheduling order, directing Plaintiffs to file their opposition to Defendants' motion to dismiss by 12:00 p.m. October 7, 2016; directing Defendants to file their reply by 12:00 p.m. October 11, 2016; and staying the motion for preliminary injunction. However, counsel for Defendants has a hearing scheduled in another case in Salt Lake City, Utah on October 13, 2016, and due to religious observance on October 12, 2016, must fly to Salt Lake City the morning of October 11, 2016. Counsel for Defendants will not return to Washington, DC until late evening October 14, 2016. In addition, counsel for Plaintiffs also have competing obligations and scheduling conflicts during this time. The parties have not previously sought any extensions of these deadlines, and no other deadlines have yet

been set in this case. Accordingly, having conferred through counsel, the parties have stipulated and agree to the following amended briefing schedule, for which they respectfully jointly request approval from the Court:

    Plaintiffs' opposition to motion to dismiss:   October 18, 2016

    Defendants' reply:   October 28, 2016

October 2, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CHANNING D. PHILLIPS
United States Attorney
ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC   20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

On behalf of all parties, with permission of Plaintiffs' counsel