# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN ET AL., | ) |
| Plaintiffs, | ) Civil Action No. 1:16-cv-1492-EGS |
| v. | ) Judge: Emmet G. Sullivan |
| U.S. DEPARTMENT OF JUSTICE ET AL., | ) |
| Defendants. | ) |

## [proposed] ORDER

Upon consideration of the parties' Stipulation and Joint Request to Amend Briefing Schedule, and for good cause shown, the parties' Joint Request is hereby GRANTED. Accordingly, it is

ORDERED that Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before October 18, 2016, and Defendants shall file their reply on or before October 28, 2016.

SO ORDERED.

Dated: _____                        _____
                                          The Honorable Emmet G. Sullivan
                                          United States District Judge