# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MATTHEW GREEN ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:16-cv-1492-EGS |
| | ) | |
| v. | ) | Judge: Emmet G. Sullivan |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL.[1], | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Kathryn L. Wyer as counsel for

Defendants in this matter. All future correspondence and other communications regarding this

matter should be directed to Ms. Wyer at the address and phone number below.

October 31, 2018                           Respectfully submitted,

/s/ Kathryn L. Wyer
KATHRYN L. WYER
Senior Trial Counsel, Federal Programs
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC   20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
Counsel for Defendants

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Attorney General Jefferson B. Sessions III and Acting Register of Copyrights Karyn A. Temple are hereby substituted in their official capacities as defendants in this case.