IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW GREEN ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:16-cv-1492-EGS |
| ) | |
| v. ) | Judge: Emmet G. Sullivan |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE

Defendants respectfully notify the Court that, on October 26, 2018, the Library of Congress issued its Final Rule in connection with the seventh triennial rulemaking proceeding under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(a)(1). *See* Library of Congress, Final Rule, 83 Fed. Reg. 54010 (Oct. 26, 2018). The Final Rule revises 37 C.F.R. § 201.40(b) and (c), which are the subject of the challenges set forth in Counts VI and VII of Plaintiffs' Complaint.[1]

October 31, 2018                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

---

[1] Should the Court wish, Defendants will address more specifically the impact of the 2018 Final Rule on the substance of Plaintiffs' claims in supplemental briefing. However, the Court may grant Defendants' Motion to Dismiss without such briefing as Defendants' jurisdictional arguments in support of dismissal continue to foreclose both Plaintiffs' facial and as-applied challenges under the First Amendment and their challenges under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706. In particular, Defendants have argued that the APA does not waive sovereign immunity for Plaintiffs' Counts VI and VII, which specifically challenge the 2015 Final Rule issued by the Librarian of Congress. *See* Def. Mem. [ECF 15-1] at 42-45.

JESSIE K. LIU
United States Attorney
ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC   20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*