UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Matthew Green et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Justice et al., <br><br> Defendants. | Civil Case No.: 1:16-cv-01492-EGS <br><br> Hon. Emmet G. Sullivan |

**PLAINTIFFS' RESPONSE TO NOTICE OF FINAL RULE OF THE LIBRARIAN OF CONGRESS**

On October 31, 2018, Defendants notified the Court of the Final Rule issued by the Librarian of Congress in connection with the seventh triennial rulemaking proceeding under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1201(a)(1). *See* Library of Congress, Final Rule, 83 Fed. Reg. 54010 (Oct. 26, 2018).

The triennial rulemaking is the subject of Count II of Plaintiffs' Complaint (challenging Section 1201(a)(1) as an unconstitutional speech-licensing regime), and Counts VI and VII (challenging the sixth triennial rulemaking as improperly denying exemptions that would permit Plaintiffs' speech activities). Plaintiffs Matthew Green and Andrew "bunnie" Huang both participated in this rulemaking process.

If the Court desires supplemental briefing to discuss the seventh triennial rulemaking proceeding, and its impact on Defendant's pending Motion to Dismiss, Plaintiffs would be glad to provide it.

Dated: November 2, 2018

Respectfully submitted,

/s/  *Brian M. Willen*
Brian M. Willen

| | |
|---|---|
| Corynne McSherry (CA SBN 221504) <br> Kit Walsh (CA SBN 303598) <br> Adam Schwartz (CA SBN 309491) <br> ELECTRONIC FRONTIER FOUNDATION <br> 815 Eddy Street <br> San Francisco, CA 94109 <br> (415) 436-9333 | Brian Willen (D.C. Bar No. 490471) <br> WILSON SONSINI <br>     GOODRICH & ROSATI <br> Professional Corporation <br> 1301 Avenue of the Americas <br> 40th Floor <br> New York, NY 10019 <br> (212) 999-5800 |