**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                              )
MATTHEW GREEN, *et al.*,      )
                              )
        Plaintiffs,           )
                              )
    v.                        ) Civil Action No. 16-1492 (EGS)
                              )
U.S. DEPARTMENT OF JUSTICE,   )
*et al.*,                     )
                              )
        Defendants.           )
_____)

**ORDER**

    For the reasons stated in the accompanying Memorandum Opinion, defendants' motion to dismiss is **GRANTED IN PART and DENIED IN PART;** and it is hereby

    **ORDERED** that plaintiffs' overbreadth claim is **DISMISSED;** and it is further

    **ORDERED** that plaintiffs' prior restraint claim is **DISMISSED;** and it is further

    **ORDERED** that defendants' motion to dismiss plaintiffs' as-applied claims is **DENIED;** and it is further

    **ORDERED** that plaintiffs' Administrative Procedure Act claims are **DISMISSED;** and it is further

**ORDERED** that plaintiffs' motion to take judicial notice is **GRANTED**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **June 27, 2019**