# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:16-cv-1492-EGS |
| ) | |
| v. ) | Judge: Emmet G. Sullivan |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL., ) | |
| ) | |
| Defendants. ) | |

## [proposed] SCHEDULING ORDER

Upon consideration of the parties' Joint Report Pursuant to LCvR 16.3, it is

ORDERED that a briefing schedule is entered as follows:

August 22, 2019      Plaintiffs will file a renewed Motion for Preliminary Injunction

September 27, 2019   Defendants will file their opposition to Plaintiffs' motion

October 11, 2019     Plaintiffs will file their reply

It is further ORDERED that proceedings in this case, including Defendants' deadline to file an Answer, as well as the parties' obligations under Fed. R. Civ. P. 16 and 26, remain stayed pending the Court's resolution of Plaintiffs' Motion. The parties shall file a Joint Status Report within fourteen days following the Court's issuance of an Order on Plaintiffs' Motion, setting forth their views and proposed deadlines regarding further proceedings.

SO ORDERED.

Dated: _____                         _____
                                           The Honorable Emmet G. Sullivan
                                           United States District Judge