# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW GREEN ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:16-cv-1492-EGS |
| ) | |
| v. ) | Judge: Emmet G. Sullivan |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT PURSUANT TO MINUTE ORDER

Pursuant to this Court's Minute Order dated July 24, 2019, the parties have conferred and respectfully submit the following Joint Status Report, setting forth their proposal for further proceedings.

The parties believe the remaining issues in the case can be resolved by cross motions for summary judgment and tentatively agree with the Court that an efficient resolution of this matter can be achieved by consolidation of Plaintiffs' motion for preliminary injunction with briefing on cross motions for summary judgment. However, Defendants have asserted that they need more time to identify the discovery they wish to request and produce for their defense of the case.[1] In addition, Plaintiffs have asserted that one of the plaintiffs is currently out of the country, potentially leading to delays in discovery. Defendants and Plaintiffs jointly recognize that burdensome discovery proceedings would be unnecessary if the parties can agree to a statement of stipulated facts. Consequently, the parties have agreed, and respectfully propose,

---

[1] Among other things, undersigned counsel for Defendants has four dispositive motion briefing deadlines as well as a hearing scheduled in five other cases during the next four weeks.

that they meet and confer and attempt to agree to a statement of stipulated facts by August 29, 2019. The parties believe that this process could either obviate the need for any discovery or be an efficient means for the parties to identify and/or narrow the issues requiring discovery, and thus is likely either way to allow for more efficient proceedings.

If the parties cannot agree to a statement of stipulated facts at that time, the parties will confer and seek to agree to a schedule for expedited discovery and for consolidated preliminary injunction and summary judgment briefing. The parties therefore propose that they will file a joint status report on August 29, 2019, notifying the Court whether they have agreed to a statement of stipulated facts and plan to follow the briefing schedule set forth below, or whether they have agreed on an alternative proposal for further proceedings.

If the parties can agree to a set of stipulated facts, the parties have agreed to the following briefing schedule on the parties' dispositive motions:

| | |
|---|---|
| August 29, 2019 | Parties will submit a Joint Status Report concerning whether the parties have agreed to a statement of stipulated facts. |
| September 19, 2019 | If the parties have agreed to a set of stipulated facts, Plaintiffs will file their consolidated motion for summary judgment and motion for preliminary injunction. |
| October 17, 2019 | Defendants will file their consolidated opposition to Plaintiffs' motion and cross motion for summary judgment. |
| November 7, 2019 | Plaintiffs will file their consolidated reply in support of Plaintiffs' consolidated motion and opposition to Defendants' cross motion for summary judgment. |
| November 21, 2019 | Defendants will file their reply in support of their cross motion for summary judgment. |

July 29, 2019                              Respectfully submitted,

/s/ Brian M. Willen
BRIAN M. WILLEN (D.C. Bar No. 490471)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
(212) 999-5800

JOSEPH H. HUNT
Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*