# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW GREEN ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:16-cv-1492-EGS |
| ) | |
| v. ) | Judge: Emmet G. Sullivan |
| ) | |
| U.S. DEPARTMENT OF JUSTICE ET AL., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of July 29, 2019, the parties hereby submit this Joint Status Report in order to inform the Court that they could not agree to a statement of stipulated facts and instead submit alternative proposals as set forth below:

Plaintiffs provided Defendants with proposed stipulated facts on August 23, 2019, and Defendants responded with proposed revisions and additions on August 28, 2019. In light of Defendants' proposed revisions, Plaintiffs do not believe it will be possible to reach agreement on a joint statement of stipulated facts. The parties conferred but were unable to agree on an alternative proposal to consolidate preliminary injunction proceedings with dispositive proceedings on the merits. The parties therefore set forth their respective positions and proposals below:

**Plaintiffs' proposal:**

Given the parties' disagreements about the proposed stipulated facts, as well as Defendants' counsel's scheduling limitations (*see infra* note 1), Plaintiffs believe that any

discovery process could not be sufficiently expedited so as to allow Plaintiffs to renew their request for preliminary relief without undue delay. Therefore, to pursue their right to engage in constitutionally protected activity, including the publication of Matthew Green's academic book on security research and the publication of Andrew "bunnie" Huang and Alphamax's NeTVCR device, Plaintiffs wish to proceed to renew their request for preliminary relief, which has been pending since September 2016. Plaintiffs further anticipate that, if they do not prevail in their forthcoming motion for preliminary injunction, they will appeal the district court's decision on that motion, pursuant to 28 U.S.C. § 1292. Plaintiffs expect that this appeal will promote the efficient resolution of this case, clarifying which causes of action should proceed to judgment and will be at issue in the discovery process. Plaintiffs therefore propose that the parties proceed with briefing Plaintiffs' motion for preliminary injunction on the following schedule:

    September 19, 2019    Plaintiffs' motion for preliminary injunction

    October 24, 2019    Defendants' memorandum in opposition to Plaintiffs' motion

    November 14, 2019    Plaintiffs' reply

Plaintiffs propose that discovery be stayed pending resolution of Plaintiffs' motion.

**Defendants' proposal:**

Defendants previously agreed to a proposal similar to Plaintiffs' proposal above, as set forth in the parties' Rule 16.3 Report [ECF 27]. However, Defendants recognize the Court's desire to consolidate any preliminary injunction proceedings with dispositive proceedings on the merits. Defendants further believe, particularly after the parties' exchange of proposed facts, that fact and expert discovery will be necessary before this matter can be resolved on the merits, and Plaintiffs have not identified any urgent need for preliminary relief. Defendants also cannot commit in advance to appealing any adverse decision on Plaintiffs' preliminary injunction

motion because any such appeal would require Department of Justice approval at higher levels.

Defendants therefore propose an alternative schedule, as follows[1]:

| | |
|---|---|
| September 10, 2019 | Deadline to exchange the information required by Rule 26(a)(1) |
| September 19, 2019 | Deadline to serve written discovery. Interrogatories, requests for production of documents, requests for admission and depositions will be subject to the ordinary limitations of the federal rules of civil procedure, absent further order from the Court. |
| October 31, 2019 | Proponents of expert testimony, if any, will make the disclosures required by Rule 26(a)(2) |
| November 21, 2019 | To the extent any party wishes to offer expert testimony to contradict or rebut proffered experts, deadline to make such disclosures |
| December 15, 2019 | Discovery must be conducted so as to conclude by this date. |
| January 24, 2020 | Plaintiffs' combined Motion for Preliminary Injunction and Motion for Summary Judgment |
| February 21, 2020 | Defendants' combined Memorandum in Opposition to Plaintiffs' Motions and cross-Motion for Summary Judgment |
| March 20, 2020 | Plaintiffs' combined Reply in support of their Motions and Memorandum in Opposition to Defendants' cross-Motion |
| April 17, 2020 | Defendants' Reply in support of their cross-Motion |

August 29, 2019                                 Respectfully submitted,

                                                JOSEPH H. HUNT
                                                Assistant Attorney General
                                                ERIC R. WOMACK
                                                Assistant Director, Federal Programs Branch

---

[1] Undersigned counsel for Defendants has dispositive motion deadlines in four other cases on September 10, 2019; September 13, 2019; September 20, 2019; and October 17, 2019; as well as a hearing in a fifth case on September 19, 2019; and will be out of the office for religious observance on several days in October. Defendants therefore respectfully request that any schedule issued by the Court not include any deadlines for Defendants, other than those proposed herein, prior to October 24, 2019.

3

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC   20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

On behalf of all parties, with permission of Plaintiffs' counsel