# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Matthew Green, Andrew Huang, and<br>Alphamax, LLC, | ) ) ) | Civil Case No. 16-cv-01492-EGS |
| Plaintiff, | ) ) | |
| v. | ) ) | **DECLARATION OF BRIAN M.<br>WILLEN IN SUPPORT OF<br>PLAINTIFFS' MOTION FOR<br>PRELIMINARY INJUNCTION** |
| U.S. Department Of Justice, William Barr,<br>Library Of Congress, Carla Hayden,<br>U.S. Copyright Office, and<br>Karyn A. Temple, | ) ) ) ) ) | Judge:  Emmet G. Sullivan |
| Defendants. | ) ) ) | |

I, Brian M. Willen, declare and state as follows:

1.      I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel to Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify thereto.

2.      Attached as Exhibit 1 hereto is a true and correct copy of Library of Congress, "Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies" ("2012 Final Rule"), 77 Fed. Reg. 65260, published October 26, 2012, which was downloaded from the United States Copyright Office's website at http://www.copyright.gov/fedreg/2012/77fr65260.pdf.

3.      Attached as Exhibit 2 hereto is a true and correct copy of Library of Congress, "Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies" ("2015 Final Rule"), 80 Fed. Reg. 65944, published October 28, 2015, which was downloaded from the United States Copyright Office's website at http://www.copyright.gov/fedreg/2015/80fr65944.pdf.

4.      Attached as Exhibit 3 hereto is a true and correct copy of Library of Congress, "Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies" ("2018 Final Rule"), 83 Fed. Reg. 54010, published October 26, 2018, which was downloaded from the United States Copyright Office's website at https://www.govinfo.gov/content/pkg/FR-2018-10-26/pdf/2018-23241.pdf.

5.      Attached as Exhibit 4 hereto is a true and correct copy of the Recommendation of the Register of Copyrights, titled "Section 1201 Rulemaking: Seventh Triennial Proceeding to Determine Exemptions to the Prohibition on Circumvention, Recommendation of the Acting Register of Copyrights" ("2018 Recommendation"), published October 2018, which was downloaded from the United States Copyright Office's website at https://cdn.loc.gov/copyright/1201/2018/2018_Section_1201_Acting_Registers_Recommendation.pdf.

6.      Attached as Exhibit 5 hereto is a true and correct copy of the Comment of the Filmmaker Commenters in In the Matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies ("Comment of the Joint Filmmakers in 2018 Rulemaking"), which was downloaded from the United States Copyright Office's website at https://cdn.loc.gov/copyright/1201/2018/comments-121817/class1/class-01-initialcomments-joint-filmmakers.pdf.

7.      Attached as Exhibit 6 hereto is a true and correct copy of the Comment of the Association of Transcribers and Speech-to-Text Providers in In the Matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies ("Comment of Association of Transcribers and Speech-to-Text Providers in 2018 Rulemaking"), which was downloaded from the United States Copyright Office's website at

https://cdn.loc.gov/copyright/1201/2018/comments-121817/class2/class-02-initialcomments-atsp-et-al.pdf.

8.      Attached as Exhibit 7 hereto is a true and correct copy of the Comment of Prof. Ed Felten and Prof. J. Alex Halderman in In the Matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies ("Comment of Prof. Ed Felten and Prof. J. Alex Halderman in 2018 Rulemaking"), which was downloaded from the United States Copyright Office's website at https://cdn.loc.gov/copyright/1201/2018/comments-121817/class10/class-10-initialcomments-felten-halderman.pdf.

*****

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 19, 2019, in Ann Arbor, Michigan.


*s/ Brian M. Willen*
Brian M. Willen

# INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | 2012 Final Rule |
| 2 | 2015 Final Rule |
| 3 | 2018 Final Rule |
| 4 | 2018 Recommendation |
| 5 | Comment of the Joint Filmmakers in 2018 Rulemaking |
| 6 | Comment of Association of Transcribers and Speech-to-Text Providers in 2018 Rulemaking |
| 7 | Comment of Prof. Ed Felten and Prof. J. Alex Halderman in 2018 Rulemaking |