# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Matthew Green, Andrew Huang, and Alphamax, LLC, | ) ) ) | |
| Plaintiff, | ) ) | **Civil Case No. 16-cv-01492-EGS** |
| v. | ) ) ) | Judge:  Emmet G. Sullivan |
| U.S. Department Of Justice, William Barr, Library Of Congress, Carla Hayden, U.S. Copyright Office, and Karyn A. Temple, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Preliminary Injunction and supporting papers, and Defendants' opposition thereto, together with argument of the parties, if any, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

The Court holds as follows: (1) defendants Department of Justice and Attorney General William Barr are enjoined from enforcing 17 U.S.C. § 1201(a)'s criminal prohibitions on circumvention and trafficking; (2) defendants DOJ and Barr are enjoined from enforcing 17 U.S.C. § 1201(a)(2)'s criminal prohibitions on trafficking against plaintiff Green; (3) defendants DOJ and Barr are enjoined from enforcing 17 U.S.C. § 1201(a)'s criminal prohibitions on circumvention and trafficking against plaintiffs Huang and Alphamax; and (4) defendant Carla Hayden is enjoined to grant exemptions to 17 U.S.C. § 1201(a)(1)(A) that would allow plaintiffs Green, Huang, Alphamax, and others to engage in conduct protected by the First Amendment.

IT IS SO ORDERED.

Dated:_____

_____
Hon. Emmet G. Sullivan