UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>       Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>       Defendants. | Civil Case No. 16-cv-01492-EGS |

**ORDER**

Upon consideration of the consent motion of *Amici* Digital Content Protection, L.L.C., Intel Corporation, Advanced Access Content System Licensing Administrator, LLC, and DVD Copy Control Association to file an *amicus curiae* brief in support of Defendants and in opposition to the relief requested by Plaintiffs in their pending motion for a preliminary injunction, it is hereby

ORDERED that the motion is GRANTED. *Amici* to file their brief by no later than October 31, 2019.


DATED: _____

                                                      EMMET G. SULLIVAN
                                                      United States District Judge