**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC, <br><br>            Plaintiffs, <br><br>   v. <br><br> U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE, <br><br>            Defendants. | Civil Case No. 16-cv-01492-EGS <br><br> **CORPORATE DISCLOSURE STATEMENT** |

The Association of American Publishers, Inc., the Entertainment Software Association, the Motion Picture Association, Inc., and the Recording Industry Association of America, Inc., each states, through counsel, that it has no parent corporation and no that publicly held corporation has an ownership stake of 10% or more therein.

DATED: October 9, 2019

                                    Respectfully submitted:

                                  **/s/**_____
                                  J. Matthew Williams (DC Bar No. 501860)
                                  MITCHELL SILBERBERG & KNUPP LLP
                                  1818 N Street NW, 7th Floor
                                  Washington, DC 20036
                                  (202) 355-7900
                                  mxw@msk.com

                                  *Attorneys for Amici Curiae*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above document was served on counsel of record for the parties

electronically through the court's Case Management/Electronic Case Filing system.

DATED: October 9, 2019

Respectfully submitted:

**/s/**_____
J. Matthew Williams (DC Bar No. 501860)
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street NW, 7th Floor
Washington, DC 20036
(202) 355-7900
mxw@msk.com

*Attorneys for Amici Curiae*