UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>　　　　　Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**NOTICE OF APPEARANCE** |

　　　I am admitted to the bar of this Court, and I hereby enter an appearance on behalf of movants the Association of American Publishers, Inc., the Entertainment Software Association, the Motion Picture Association, Inc., and the Recording Industry Association of America, Inc., who have sought leave to file a brief *amici curiae*.

DATED: October 9, 2019

　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　**/s/**_____
　　　　　　　　　　　　　　　　　J. Matthew Williams (DC Bar No. 501860)
　　　　　　　　　　　　　　　　　MITCHELL SILBERBERG & KNUPP LLP
　　　　　　　　　　　　　　　　　1818 N Street NW, 7th Floor
　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　(202) 355-7900
　　　　　　　　　　　　　　　　　mxw@msk.com

　　　　　　　　　　　　　　　　　*Attorneys for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on counsel of record for the parties electronically through the court's Case Management/Electronic Case Filing system.

DATED: October 9, 2019

                              Respectfully submitted:

                              /s/_____
                              J. Matthew Williams (DC Bar No. 501860)
                              MITCHELL SILBERBERG & KNUPP LLP
                              1818 N Street NW, 7th Floor
                              Washington, DC 20036
                              (202) 355-7900
                              mxw@msk.com

                              *Attorneys for Amici Curiae*