# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>    Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**NOTICE OF APPEARANCE** |

Please enter James M. Burger as counsel of record on behalf of movants Intel Corporation and Digital Content Protection, L.L.C. that have sought leave to file a brief *amici curiae*.

DATED: October 10, 2019

Respectfully submitted:

></br>
>/s/   *James M. Burger*
>James M. Burger (DC Bar No. 151720)
>THOMPSON COBURN LLP
>1909 K Street, NW Suite 600
>Washington, DC 20006
>(202) 585-6909
>jburger@thompsoncoburn.com
>*Attorneys for Intel Corporation and*
>*Digital Content Protection, L.L.C.*

## CERTIFICATE OF SERVICE

I certify that on October 10, 2019, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system and will be served upon all counsel of record by operation of the ECF system.

/s/ James M. Burger  
James M. Burger