UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>NOTICE OF APPEARANCE |

Please enter David Jonathan Taylor as counsel of record on behalf of movants DVD Copy Control Association and Advanced Access Content System Licensing Administrator LLC that joined the Digital Content Protection, LLC and Intel Corporation in seeking leave to file a brief amici curiae. That motion was entered as item 31 on the docket for the case on October 9, 2019.

DATED: October 17, 2019

                                                        Respectfully submitted,

                                                    /s/ David Jonathan Taylor

                                                    David Jonathan Taylor
                                                    DC Bar No. DC Bar No. 483431
                                                    Right Size Law PLLC
                                                    621 G ST SE
                                                    Washington, DC 20003
                                                    (202) 546-1536 (office)
                                                    (888) 881-7435 (fax)
                                                    david.taylor@rightsizelaw.com

CERTIFICATE OF SERVICE

      I certify that on October 17, 2019, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system and will be served upon all counsel of record by operation of the ECF system.

      /s/  David Jonathan Taylor