UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBI

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE, | Civil Case No. 16-cv-01492-EGS<br><br>LCvR 26.1 |

**Local Civil Rule 26.1 –Disclosure of Corporate Affiliations and Financial Interests of the <u>DVD Copy Control Association</u>**

I the undersigned counsel of record for the DVD Copy Control Association, Inc. certify to the best of my knowledge and belief the following are parent companies, subsidiaries, affiliates or companies which own at least 10% of the stock or other ownership interest in DVD Copy Control Association, Inc, which have any outstanding securities in the hands of the public:

NONE.

I further certify that the DVD Copy Control Association, Inc. is a not for profit corporation incorporated under the laws of Delaware.  It issues no stock and is recognized as a 501(c)(6) trade association under the Internal Revenue Code.

These representations are made in order that judges of this Court may determine the need for recusal.

DATED: October 17, 2019

                                              Respectfully submitted,

                                            /s/ David Jonathan Taylor
                                           David Jonathan Taylor

DC Bar No. DC Bar No. 483431
Right Size Law PLLC
621 G ST SE
Washington, DC 20003
(202) 546-1536 (office)
(888) 881-7435 (fax)
david.taylor@rightsizelaw.com

*Attorney of Record for the DVD Copy Control Association*

CERTIFICATE OF SERVICE

    I certify that on October 17, 2019, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system and will be served upon all counsel of record by operation of the ECF system.

    /s/  David Jonathan Taylor