UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBI

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>   Plaintiffs,<br><br>                    v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>   Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>LCvR 26.1 |

**Local Civil Rule 26.1 –Disclosure of Corporate Affiliations and Financial Interests of the Advanced Access Content System Licensing Administrator, LLC**

I the undersigned counsel of record for the Advanced Access Content System Licensing Administrator, LLC, certify to the best of my knowledge and belief that the Advanced Access Content System Licensing Administrator, LLC is a limited liability company and is thus exempt from disclosure under the Local Rules and the cross referenced Federal Rules of Appellate Procedure 26.1.

I further certify that the Advanced Access Content System Licensing Administrator, LLC has the following members—each with an equal ownership share of 12.5%:  International Business Machines Corporation, Panasonic Intellectual Property Corporation of America, Microsoft Corporation, SCA IPLA Holdings, Toshiba America Information Systems, Inc., Warner Bros. Entertainment Inc., Disney Worldwide Services, Inc. and DCP, LLC. I further

certify that Advanced Access Content System Licensing Administrator, LLC has no subsidiaries or affiliates with outstanding securities in the hands of the public other than those named above.

These representations are made in order that judges of this Court may determine the need for recusal.

DATED: October 17, 2019

                                            Respectfully submitted,

                                            /s/ David Jonathan Taylor

                                            David Jonathan Taylor
                                            DC Bar No. DC Bar No. 483431
                                            Right Size Law PLLC
                                            621 G ST SE
                                            Washington, DC 20003
                                            (202) 546-1536 (office)
                                            (888) 881-7435 (fax)
                                            david.taylor@rightsizelaw.com

                                            *Attorney of Record for the Advanced Access Content System Licensing Administrator, LLC*

CERTIFICATE OF SERVICE

I certify that on October 17, 2019, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system and will be served upon all counsel of record by operation of the ECF system.

                                            /s/  David Jonathan Taylor