# Exhibit A:

# Evidence of Currently Available Functionality

DCP Opposing Comment                    Exhibit A         Proposed Class 4: Audiovisual Works

Among other things, the viability of Mr. Huang's petition hinges on the absence of alternative technologies that can provide the functionalities described in Huang's examples without circumventing HDCP. As the list below demonstrates, the vast majority of Huang's example uses are already possible through the use of non-circumventing technologies.[1]

Though Huang may propose additional example uses that are not specifically enabled by the products below,[2] this Exhibit demonstrates that current manufacturers and providers are capable of incorporating added functionality into their products without the need to circumvent HDCP. To the extent there may be some uses that are currently not provided for (for example, those posited in Huang's "Commercial expression" category) it is because there is no consumer demand for these services, not because HDCP prevents any such use.

**Picture-in-Picture Display:**

Huang claims, without circumventing HDCP, it would not be possible to watch a live political debate alongside the text of a commentator's live blog, or to rescale two movies for side-by-side viewing, or to simultaneously display the coverage of a live event by more than one news source. However, these functions can already be accomplished in multiple ways. First, a user could employ separate devices to provide much the same experience; for example, a live political debate could be displayed on a television while a viewer simultaneously read a blog on a phone, tablet, or computer. Second, if a consumer wished to view two separate programs on the same screen, current smart TVs make this possible. *See, e.g.*:

1. **VIZIO TV:** *Picture in Picture / PIP / POP*, VIZIO Support, https://support.vizio.com/s/article/Picture-in-Picture-PIP-POP?language=en_US (last visited February 12, 2018) (describing how to use the picture-in-picture function on a VIZIO smart TV) (attached herein as Exhibit A-1);

2. **Sony TV:** *Displaying Picture-in-Picture (PIP)*, Bravia i-Manual, http://docs.esupport.sony.com/imanual/NA/EN/hx750/c_pippap_uc_pip.html (last visited February 12, 2018) (describing how to use the picture-in-picture function on a Sony smart TV)  (attached herein as Exhibit A-2);

3. **Samsung TV:** *How to View Picture in Picture (PIP) in Samsung SUHD 4K Curved Smart TV JS9000?*, Samsung Support (December 29, 2017), http://www.samsung.com/in/support/skp/faq/1092297 (describing how to use the picture-in-picture function on a Sony smart TV) (attached herein as Exhibit A-3).

---

[1] This list is by no means exhaustive. The following are just a few examples found in a simple Internet search.

[2] As evident from this pleading, there is little to no evidence supporting Huang's Comment. Huang should not be permitted to introduce "missing" evidence in the third round, reply comments. The NPRM states: "Reply comments should not raise new issues, but should instead be limited to addressing arguments and evidence presented by others." NPRM at, 49558.

DCP Opposing Comment                    Exhibit A        Proposed Class 4: Audiovisual Works

Huang further claims that circumvention of HDCP is necessary to allow educators to draw notes over the top of an image or video. The technology to enable this use already exists and does not require circumvention. For example, both the Microsoft Surface Hub interactive whiteboard and the SMART series of whiteboards allow users to "add notes to, and write on, virtually everything you can show on the board."

4.  **SMART Board:** *SMART Board 7000 series: write*, SMART Boards, https://education.smarttech.com/products/7000-series (last visited February 12, 2017) (attached herein as Exhibit A-4);

5.  **Surface Hub:** *View reports in Presentation mode on Surface Hub and Windows 10 Power BI*, Microsoft: Power BI (October 13, 2017), https://docs.microsoft.com/en-us/power-bi/mobile-windows-10-app-presentation-mode (attached herein as Exhibit A-5).

**<u>Integration of TV and Security Systems:</u>**

In the "Safety expression" category Huang suggests circumventing HDCP would be necessary to "rescale a display so that text or visual overlay can appear alongside it to notify a home owner that a door is open." This functionality is presently provided by several MVPD services, as well as by security companies like ADT.

6.  **Xfinity Home Security:** *Xfinity Home Features*, Xfinity.com, https://www.xfinity.com/learn/home-security/features (last visited February 12, 2018) (attached herein as Exhibit A-6);

7.  **Samsung Smart TV:** Julie Jacobson, *ADT Pulse Adds Samsung Smart TV App, AirPlay, Home Health*, CEPro: Security (Jan. 21, 2013), https://www.cepro.com/article/adt_pulse_adds_samsung_smart_tv_home_automation_app_airplay_home_health/ describing a partnership between ADT and Samsung to provide a Samsung Smart TV App that would integrate with an ADT security system) (attached herein as Exhibit A-7);

8.  **Verizon (service no longer offered):** Verizon offered a similar service from 2011-2014, demonstrating that implementation of such a service is not prevented by HDCP. *See Verizon drops Home Monitoring and Control Service*, Fierce Cable (Feb. 10, 2014) https://www.fiercecable.com/cable/verizon-drops-home-monitoring-and-control-service (attached herein as Exhibit A-8).

Further, the ability of MVPDs to provide caller ID services that integrate with video services demonstrates that providers are capable of rescaling content and overlaying it with real-time information about other devices in one's home—and, importantly, can do so without circumventing HDCP. Should there be an increase in consumer demand for security systems that integrate with smart TVs or MVPD services, the market has demonstrated that it is technologically capable of providing these services.

9.  **Xfinity:** *Turn Caller ID On or Off on a Non-X1 TV Box*, XFINITY support, https://www.xfinity.com/support/articles/settings-for-the-universal-caller-id-to-tv-app (last visited February 12, 2018) (attached herein as Exhibit A-9);

DCP Opposing Comment                    Exhibit A        Proposed Class 4: Audiovisual Works

10. **U-verse:** *Activate Caller ID for Phone and U-verse TV*, AT&T e support, https://www.att.com/esupport/article.html#!/u-verse-voice/KM1040428 (last visited February 12, 2018) (attached herein as Exhibit A-10);

11. **Spectrum:** *Caller ID on TV*, Spectrum, Get Help and Support, https://www.spectrum.net/support/tv/caller-id-tv/?domain-redirect=true (last visited February 12, 2018) (attached herein as Exhibit A-11);

12. **Verizon:** *Caller ID for Fios TV*, Verizon support, https://www.verizon.com/support/residential/tv/programs-features/callerid (last visited February 12, 2018) (attached herein as Exhibit A-12).

**Recording and Streaming of Video Games**

In perhaps his most puzzling claim, Huang states that HDCP prevents users from "recording a video gamer's gameplay and remix[ing] it with audio and visual commentary about their game performance." A quick search of any Internet video site would demonstrate this is not true. In fact all major gaming devices and computer operating systems now have the built-in ability to record gameplay or stream it live online.

13. **Recording on Windows 10:** *Record Game Clips with Game DVR on Windows 10*, Xbox Support, https://support.xbox.com/en-US/xbox-on-windows/social/record-game-clips-game-dvr-windows-10 (last visited February 12, 2018) (describing how to record gameplay on a computer running Windows 10) (attached herein as Exhibit A-13);

14. **Streaming on Windows 10 and Xbox:** *Broadcast Your Game With Mixer on Windows 10*, Xbox Support, https://support.xbox.com/en-US/games/game-setup/broadcast-game-with-mixer-windows-10 (last visited February 12, 2018) (describing how to livestream gameplay from a device running Windows 10) (attached herein as Exhibit A-14);

15. **Recording on iOS:** *How to Use QuickTime Player*, Apple Support (June 3, 2016), https://support.apple.com/en-us/HT201066 (describing how to record the screen on a device running iOS) (attached herein as Exhibit A-15);

16. **Recording on iOS Mobile:** *How to Record the Screen on Your iPhone, iPad, or iPod Touch*, Apple Support (Nov. 17 2017), https://support.apple.com/en-us/HT207935 (attached herein as Exhibit A-16);

17. **Recording on Xbox:** *Capturing Game Clips and Screenshots*, Xbox Support, https://support.xbox.com/en-US/xbox-one/console/capture-game-clips-and-screenshots (last visited February 12, 2018) (describing how to record gameplay on an Xbox gaming system) (attached herein as Exhibit A-17);

18. **Streaming on PlayStation 4:** *How to Broadcast on YouTube Using Your PlayStation 4*, Playstation.com (October 3, 2017), https://www.playstation.com/en-gb/get-help/help-library/apps---features/playstation-apps---features/how-to-broadcast-using-youtube/ (attached herein as Exhibit A-18);

DCP Opposing Comment			Exhibit A	Proposed Class 4: Audiovisual Works

19.	**Recording on PlayStation 4:** *Uploading a Video Clip*, PlayStation 4 User's Guide http://manuals.playstation.net/document/en/ps4/share/videoclip.html (last visited February 12, 2018) (describing how to record and upload gameplay from a PlayStation 4) (attached herein as Exhibit A-19).

**<u>VCR Functionality:</u>**

Finally, Huang argues that "circumvention of HDCP is necessary to recapture the functionality of VCR machines that once allowed for time, format, and space shifting of ephemeral signals." Yet again, Huang is behind the times. Numerous Digital Video Recording devices ("DVRs") that do not circumvent HDCP are currently available to users and far exceed the capabilities of traditional VCRs. For example, the latest iteration of the TiVo DVR allows users to pause, rewind, fast-forward, replay, or slow down live TV, to transfer a signal from one device to another, to record content (if allowed by the source TPM), to rescale a picture and overlay it with an info banner, and to configure personalize menus to better navigate through content. MVPDs like Dish Network, Comcast, and AT&T provide DVRs with similar time-shifting and space-shifting capabilities. Additionally, many of these devices come with advanced voice control and enhanced closed captioning for users with visual or auditory impairments.

20.	**TiVo Time Shifting:** *See Let the Fun Begin*, TiVo Roamio Welcome Center, https://www.tivo.com/quick-links/welcome-center-roamio/let-the-fun-begin (last visited February 12, 2018) (describing the time-shifting capability of the TiVo Roamio) (attached herein as Exhibit A-20);

21.	**TiVo Space Shifting:** *Beyond the basics of your TiVo Roamio DVR*, TiVo Roamio Welcome Center, https://www.tivo.com/quick-links/welcome-center-roamio/beyond-the-basics (last visited February 12, 2018) (describing the space-shifting capability of the TiVo Roamio) (attached herein as Exhibit A-21);

22.	**TiVo Recording:** *TiVo Roamio OTA 1TB DVR*, Tivo.com, https://www.tivo.com/shop/ota-detail (last visited February 12, 2018) (describing the recording capability of the TiVo Roamio OTA) (attached herein as Exhibit A-22);

23.	**Dish Network (The Hopper) Time and Space Shifting:** *The Hopper. The People's Choice*, Dish.com, https://www.dish.com/equipment/dvrs/hopper/ (last visited February 12, 2018) (attached herein as Exhibit A-23);

24.	**Xfinity (X1 DVR) Time and Space Shifting + Accessibility:** *Xfinity X1 Features*, Xfinity.com, https://www.xfinity.com/learn/digital-cable-tv/x1 (last visited February 12, 2018) (attached herein as Exhibit A-24);

25.	**U-verse Time and Space Shifting:** *Using your DVR*, AT&T Welcome Center, https://www.att.com/u-verse-welcome/tv/dvr.html (last visited February 12, 2018) (attached herein as Exhibit A-25);

DCP Opposing Comment                     Exhibit A        Proposed Class 4: Audiovisual Works

26.     **Cox (Contour 2 DVR) Time Shifting:** *Contour 2: DVR*, Cox.com, https://www.cox.com/residential/education-center/tv/dvr.html (last visited February 12, 2018) (attached herein as Exhibit A-26).