**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MATTHEW GREEN ET AL., | ) ) ) |  |
| Plaintiffs, | ) ) | Civil Action No. 1:16-cv-1492-EGS |
| v. | ) ) | Judge: Emmet G. Sullivan |
| U.S. DEPARTMENT OF JUSTICE ET AL., | ) ) ) |  |
| Defendants. | ) |  |

**[proposed] ORDER**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, Defendants' opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiffs' Motion is DENIED.

SO ORDERED.


Dated: _____         _____
                              The Honorable Emmet G. Sullivan
                              United States District Judge