UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>      Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

      On October 9, 2019, undersigned counsel submitted, on behalf of the Association of American Publishers, Inc., the Entertainment Software Association, the Motion Picture Association, Inc., and the Recording Industry Association of America, Inc., a consent motion for leave to file a brief *amici curiae* in support of the Defendants and in opposition to Plaintiffs' motion for a preliminary injunction. The Court has not yet ruled on that motion. Now, pursuant to LCvR 83.2(d), undersigned counsel submits this motion to respectfully request that the Court admit Robert H. Rotstein to serve as co-counsel in this case *pro hac vice*. A declaration addressing the requirements of LCvR 83.2(d), and a proposed order, are attached hereto.

DATED: October 30, 2019

      Respectfully submitted:

      /s/ J. Matthew Williams
      J. Matthew Williams (DC Bar No. 501860)
      MITCHELL SILBERBERG & KNUPP LLP
      1818 N Street NW, 7th Floor
      Washington, DC 20036
      (202) 355-7900
      mxw@msk.com
      *Attorneys for Amici Curiae*

1


# **CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on counsel of record for the parties electronically through the court's Case Management/Electronic Case Filing system.

DATED: October 30, 2019

        Respectfully submitted:

        /s/ J. Matthew Williams
        J. Matthew Williams (DC Bar No. 501860)
        MITCHELL SILBERBERG & KNUPP LLP
        1818 N Street NW, 7th Floor
        Washington, DC 20036
        (202) 355-7900
        mxw@msk.com

        *Attorneys for Amici Curiae*