# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>      Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**DECLARATION OF ROBERT H. ROTSTEIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Robert H. Rotstein, declare under penalty of perjury:

1. My full name is Robert Henry Rotstein. I am a partner through my professional corporation of the law firm Mitchell Silberberg & Knupp LLP, attorneys of record for *Amici Curiae*, Association of American Publishers, Inc., Entertainment Software Association, Motion Picture Association, Inc., and Recording Industry Association of America, Inc.

2. My office address is 2049 Century Park East, 18th Floor, Los Angeles, CA 90067, telephone: (310) 312-2000.

3. I am a member in good standing of the highest court of the State of California and was admitted to the California State Bar on December 22, 1976, and have been admitted to the bars of the following courts:

    a. United States District Court, Central District of California on May 6, 1977;

  b. United States District Court, Southern District of California on October 13, 1990;

  c. United States District Court, Northern District of California on February 18, 2000;

  d. United States Court of Appeals for the Second Circuit on October 18, 2007;

  e. United States Court of Appeals for the Fourth Circuit on February 21, 2013;

  f. United States Court of Appeals for the Seventh Circuit on December 9, 2011;

  g. United States Court of Appeals for the Ninth Circuit on January 4, 1982;

  h. United States Court of Appeals for the Federal Circuit on February 9, 2017; and

  i. Supreme Court of the United States of America on December 15, 1986.

4. There are no disciplinary complaints pending against me for violation of the rules of the above-listed courts, nor have I ever been suspended or disbarred for disciplinary reasons from practice in any court;

5. I have not applied for admission *pro hac vice* or been admitted *pro hac vice* in relation to any case or matter in this Court within the last two years;

6. I do not engage in the practice of law from an office located in the District of Columbia and am not a member of the District of Columbia Bar or have an application for membership pending.  I am associated with J. Matthew Williams, my colleague and partner with Mitchell Silberberg & Knupp LLP who is a member of the District of Columbia bar, and who

practices out of our District of Columbia office located at 1818 N Street NW, 7th Floor, Washington, DC 20036, telephone number (202) 355-7900.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October, 2019, at Los Angeles, California.

_____
Robert H. Rotstein (California Bar No. 72452)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067
(310) 312-2000
rxr@msk.com