UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>　　　　　Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**[PROPOSED] ORDER** |

　　　　Having reviewed the motion submitted by J. Matthew Williams requesting that the Court admit Robert H. Rotstein *pro hac vice* as counsel for the Association of American Publishers, Inc. ("AAP"), the Entertainment Software Association ("ESA"), the Motion Picture Association, Inc. ("MPA"), and the Recording Industry Association of America, Inc. ("RIAA"); and

　　　　Having reviewed the supporting declaration signed by Mr. Rotstein and addressing all of the requirements of LCvR 83.2(d); and

　　　　Having found that good cause exists to grant the motion, the Court hereby GRANTS permission to Mr. Rotstein to serve as *pro hac vice* co-counsel for AAP, ESA, MPA, and RIAA in this case.

　　　　DATED: _____

　　　　SO ORDERD:　　　　_____

　　　　　　　　　　　　　　U.S. District Court Judge