UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>      Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**[PROPOSED] ORDER** |

Having reviewed the Second Motion of the Association of American Publishers, Inc. ("AAP"), the Entertainment Software Association ("ESA"), the Motion Picture Association, Inc. ("MPA"), and the Recording Industry Association of America, Inc. ("RIAA"), seeking leave pursuant to Local Civil Rule 7(o) to file a brief *amici curiae* in support of Defendants and in opposition to the relief requested by Plaintiffs in their pending motion for a preliminary injunction; and

Having found that good cause exists to grant the motion, the Court hereby GRANTS leave to AAP, ESA, MPA and RIAA to submit a brief *amici curiae* and accepts into the record the proposed brief submitted with their Second Motion.

DATED: _____

SO ORDERD:　　　　_____

　　　　　　　　　　U.S. District Court Judge