UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>      Plaintiffs,<br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>      Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**CORPORATE DISCLOSURE STATEMENT** |

The Association of American Publishers, Inc., the Entertainment Software Association, the Motion Picture Association, Inc., and the Recording Industry Association of America, Inc., each states, through counsel, that it has no parent corporation and no that publicly held corporation has an ownership stake of 10% or more therein.

DATED: October 31, 2019

                        Respectfully submitted:

                        **/s/**_____
                        J. Matthew Williams (DC Bar No. 501860)
                        MITCHELL SILBERBERG & KNUPP LLP
                        1818 N Street NW, 7th Floor
                        Washington, DC 20036
                        (202) 355-7900
                        mxw@msk.com

                        *Attorneys for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on counsel of record for the parties electronically through the court's Case Management/Electronic Case Filing system.

DATED: October 31, 2019

        Respectfully submitted:

        **/s/**_____
        J. Matthew Williams (DC Bar No. 501860)
        MITCHELL SILBERBERG & KNUPP LLP
        1818 N Street NW, 7th Floor
        Washington, DC 20036
        (202) 355-7900
        mxw@msk.com

        *Attorneys for Amici Curiae*