UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>        Plaintiffs,<br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>        Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**RENEWED CONSENT MOTION FOR LEAVE TO FILE *AMICUS BRIEF* IN SUPPORT OF THE GOVERNMENT AND MEMORANDUM IN SUPPORT BY DIGITAL CONTENT PROTECTION, L.L.C., INTEL CORPORATION, ADVANCED ACCESS CONTENT SYSTEM LICENSING ADMINISTRATOR, LLC, AND DVD COPY CONTROL ASSOCIATION** |

    *Amici curiae* Digital Content Protection, L.L.C. ("DCP"), Intel Corporation ("Intel"), Advanced Access Content System Licensing Administrator, LLC ("AACS LA"), and DVD Copy Control Association ("DVD CCA") renew their motion for leave, pursuant to Local Civil Rule 7(o), to file an *amicus* brief in support of Defendants and in opposition to the relief requested by Plaintiffs in their pending motion for a preliminary injunction. A proposed order is attached hereto, as is a proposed *amicus* brief. Counsel for both Plaintiffs and Defendants have consented to *Amici* filing an amicus brief. In support of this motion, *Amici* state:

    1.    On October 9, 2019, *Amici* filed a Consent Motion for Leave to File and *Amicus* Brief ("Consent Motion"). *See* ECF No. 31.

    2.    In that Consent Motion, *Amici* proposed a filing deadline of October 31, 2019. *Id.*

    3.    The Court has not yet ruled on *Amici*'s Consent Motion.

4. Mindful of the deadline set in the Consent Motion, *Amici* renew their request for leave to file an *amicus* brief in support of the government in this matter and have attached a proposed *amicus* brief hereto.

5. *Amici* incorporate by reference their Consent Motion as to their interests in this matter and the reasons why their appearance as *Amici* is appropriate.

WHEREFORE, for the reasons stated above, *Amici* request leave to file an *amicus* brief in support of the government. The filing of the brief will not unduly delay the Court's ability to rule on any pending matter. A proposed order and a proposed *amicus* brief are submitted herewith.

DATED: October 31, 2019

Respectfully submitted:

| | |
|---|---|
| /s/    James M. Burger | /s/      David Jonathan Taylor |
| James M. Burger (DC Bar No. 151720) | David Jonathan Taylor (DC Bar No. 483431) |
| THOMPSON COBURN LLP | RIGHT SIZE LAW PLLC |
| 1909 K Street, NW Suite 600 | 621 G Street, SE |
| Washington, DC 20006 | Washington, DC 20003 |
| (202) 585-6909 | (202) 546-1536 |
| jburger@thompsoncoburn.com | david.taylor@rightsizelaw.com |
| *Attorneys for Intel Corporation and Digital Content Protection, L.L.C.* | *Attorneys for DVD Copy Control Association, Inc. and Advanced Access Content System Licensing Administrator LLC* |

- 3 -

## INDEX OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | **Proposed Order** |
| **Exhibit 2** | **[Proposed] Amicus Brief Of Content Protection Organizations** |
| **Exhibit 3** | **Exhibit A to Proposed Brief: Declaration of Stephen P. Balogh (DCP)** |
| **Exhibit 4** | **Exhibit B to Proposed Brief: Declaration of Jacob Pak (DVD CCA)** |
| **Exhibit 5** | **Exhibit C to Proposed Brief: Declaration of John P. Brizek (AACS LA)** |
| **Exhibit 6** | **Exhibit D to Proposed Brief: Declaration of Brendan S. Traw (Intel)** |

- 4 -

## CERTIFICATE OF SERVICE

      I certify that on October 31, 2019, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system and will be served upon all counsel of record by operation of the ECF system.

                                          */s/ James M. Burger*
                                          James M. Burger