# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Matthew Green, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-cv-01492(EGS) |
| | ) |
| U.S. Department of Justice, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF STEPHEN P. BALOGH

I, Stephen P. Balogh, an adult and over the age of twenty-one (21) years, hereby declare pursuant to 28 U.S.C. Section 1746 as follows:

1. I have personal knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. I am currently President of Digital Content Protection L.L.C. ("DCP") – the Licensor of the High-bandwidth Digital Content Protection ("HDCP") system. DCP is a wholly owned subsidiary of Intel Corporation ("Intel").

3. From April 16th, 1990 to date, I have occupied various positions at Intel. These positions included Technical Policy Specialist, Technical Marketing Engineer, and Engineering Support.

4. HDCP protects high-value digital audiovisual content over digital display interfaces including the High-Definition Multimedia Interface ("HDMI") connection. HDMI delivers content between the encrypted source of that audiovisual content and the digital display

- 1 -

or another connected licensed device. Such encrypted sources could be a DVD or Blu-ray player, an Internet Streaming video device (e.g., Netflix or Amazon Prime Video via a Roku or AppleTV set-top box), or a cable set-top box. Each of those sources decrypts the audiovisual content, where such content may be protected by an upstream content protection system, and passes the content to the HDCP function in the device, which re-encrypts the content, confirms the destination (called a "sink"), then streams the encrypted video over the HDMI connection. If the sink is a screen, it securely decrypts and displays the video.

5.   Almost without exception, encrypted delivery systems that encrypt video content require device manufacturers to license material (such as keys) to decrypt the content. Those licenses limit the output for transmission to other devices to "protected" outputs using approved protection systems. For the HDMI connection, almost universally those delivery systems permit the output only if it uses HDCP. Currently, all known (to DCP LLC) video delivery systems permit HDCP. DCP has over 800 active HDCP licenses to device manufacturers. I estimate that we have issued tens of billions of HDCP encryption and decryption keys. If publication of hacking material for HDCP or products like a NeTVCR (as proposed here) are permitted, the effect would be to eviscerate virtually every single video content delivery protection system exposing valuable copyrighted video content to massive infringement.

6.   It is claimed that encryption, specifically HDCP, prevents manipulating the protected video in many ways. In the Librarian of Congress' The Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies Final Rule, the Librarian stated:[1] "opponents set forth a large number of concrete examples of potential

---

[1] Plaintiff's Exhibit 3 at 19.

alternatives to circumvention that the petitioner failed to meaningfully challenge." In fact, DCP set forth 108 pages of examples that covered all of the so-called missing functionality in the market as of February 2018. A summary of those functions, also submitted in that proceed is attached as Exhibit A. The function not permitted is producing unprotected copies, which can readily be further copied and distributed across the Internet causing massive infringement.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October, 2019.

DocuSigned by:

*Stephen Balogh*

2A1A3818CDCA4D9...

Stephen P. Balogh

# Exhibit A:

# Evidence of Currently Available Functionality

DCP Opposing Comment                    Exhibit A         Proposed Class 4: Audiovisual Works

Among other things, the viability of Mr. Huang's petition hinges on the absence of alternative technologies that can provide the functionalities described in Huang's examples without circumventing HDCP. As the list below demonstrates, the vast majority of Huang's example uses are already possible through the use of non-circumventing technologies.[1]

Though Huang may propose additional example uses that are not specifically enabled by the products below,[2] this Exhibit demonstrates that current manufacturers and providers are capable of incorporating added functionality into their products without the need to circumvent HDCP. To the extent there may be some uses that are currently not provided for (for example, those posited in Huang's "Commercial expression" category) it is because there is no consumer demand for these services, not because HDCP prevents any such use.

**Picture-in-Picture Display:**

Huang claims, without circumventing HDCP, it would not be possible to watch a live political debate alongside the text of a commentator's live blog, or to rescale two movies for side-by-side viewing, or to simultaneously display the coverage of a live event by more than one news source. However, these functions can already be accomplished in multiple ways. First, a user could employ separate devices to provide much the same experience; for example, a live political debate could be displayed on a television while a viewer simultaneously read a blog on a phone, tablet, or computer. Second, if a consumer wished to view two separate programs on the same screen, current smart TVs make this possible. *See, e.g.*:

1. **VIZIO TV:** *Picture in Picture / PIP / POP*, VIZIO Support, https://support.vizio.com/s/article/Picture-in-Picture-PIP-POP?language=en_US (last visited February 12, 2018) (describing how to use the picture-in-picture function on a VIZIO smart TV) (attached herein as Exhibit A-1);

2. **Sony TV:** *Displaying Picture-in-Picture (PIP)*, Bravia i-Manual, http://docs.esupport.sony.com/imanual/NA/EN/hx750/c_pippap_uc_pip.html (last visited February 12, 2018) (describing how to use the picture-in-picture function on a Sony smart TV)  (attached herein as Exhibit A-2);

3. **Samsung TV:** *How to View Picture in Picture (PIP) in Samsung SUHD 4K Curved Smart TV JS9000?*, Samsung Support (December 29, 2017), http://www.samsung.com/in/support/skp/faq/1092297 (describing how to use the picture-in-picture function on a Sony smart TV) (attached herein as Exhibit A-3).

---

[1] This list is by no means exhaustive. The following are just a few examples found in a simple Internet search.

[2] As evident from this pleading, there is little to no evidence supporting Huang's Comment. Huang should not be permitted to introduce "missing" evidence in the third round, reply comments. The NPRM states: "Reply comments should not raise new issues, but should instead be limited to addressing arguments and evidence presented by others." NPRM at, 49558.

Huang further claims that circumvention of HDCP is necessary to allow educators to draw notes over the top of an image or video. The technology to enable this use already exists and does not require circumvention. For example, both the Microsoft Surface Hub interactive whiteboard and the SMART series of whiteboards allow users to "add notes to, and write on, virtually everything you can show on the board."

4. **SMART Board:** *SMART Board 7000 series: write*, SMART Boards, https://education.smarttech.com/products/7000-series (last visited February 12, 2017) (attached herein as Exhibit A-4);

5. **Surface Hub:** *View reports in Presentation mode on Surface Hub and Windows 10 Power BI*, Microsoft: Power BI (October 13, 2017), https://docs.microsoft.com/en-us/power-bi/mobile-windows-10-app-presentation-mode (attached herein as Exhibit A-5).

**<u>Integration of TV and Security Systems:</u>**

In the "Safety expression" category Huang suggests circumventing HDCP would be necessary to "rescale a display so that text or visual overlay can appear alongside it to notify a home owner that a door is open." This functionality is presently provided by several MVPD services, as well as by security companies like ADT.

6. **Xfinity Home Security:** *Xfinity Home Features*, Xfinity.com, https://www.xfinity.com/learn/home-security/features (last visited February 12, 2018) (attached herein as Exhibit A-6);

7. **Samsung Smart TV:** Julie Jacobson, *ADT Pulse Adds Samsung Smart TV App, AirPlay, Home Health*, CEPro: Security (Jan. 21, 2013), https://www.cepro.com/article/adt_pulse_adds_samsung_smart_tv_home_automation_app_airplay_home_health/ describing a partnership between ADT and Samsung to provide a Samsung Smart TV App that would integrate with an ADT security system) (attached herein as Exhibit A-7);

8. **Verizon (service no longer offered):** Verizon offered a similar service from 2011-2014, demonstrating that implementation of such a service is not prevented by HDCP. *See Verizon drops Home Monitoring and Control Service*, Fierce Cable (Feb. 10, 2014) https://www.fiercecable.com/cable/verizon-drops-home-monitoring-and-control-service (attached herein as Exhibit A-8).

Further, the ability of MVPDs to provide caller ID services that integrate with video services demonstrates that providers are capable of rescaling content and overlaying it with real-time information about other devices in one's home—and, importantly, can do so without circumventing HDCP. Should there be an increase in consumer demand for security systems that integrate with smart TVs or MVPD services, the market has demonstrated that it is technologically capable of providing these services.

9. **Xfinity:** *Turn Caller ID On or Off on a Non-X1 TV Box*, XFINITY support, https://www.xfinity.com/support/articles/settings-for-the-universal-caller-id-to-tv-app (last visited February 12, 2018) (attached herein as Exhibit A-9);

DCP Opposing Comment                    Exhibit A         Proposed Class 4: Audiovisual Works

10. **U-verse:** *Activate Caller ID for Phone and U-verse TV*, AT&T e support, https://www.att.com/esupport/article.html#!/u-verse-voice/KM1040428 (last visited February 12, 2018) (attached herein as Exhibit A-10);

11. **Spectrum:** *Caller ID on TV*, Spectrum, Get Help and Support, https://www.spectrum.net/support/tv/caller-id-tv/?domain-redirect=true (last visited February 12, 2018) (attached herein as Exhibit A-11);

12. **Verizon:** *Caller ID for Fios TV*, Verizon support, https://www.verizon.com/support/residential/tv/programs-features/callerid (last visited February 12, 2018) (attached herein as Exhibit A-12).

**Recording and Streaming of Video Games**

In perhaps his most puzzling claim, Huang states that HDCP prevents users from "recording a video gamer's gameplay and remix[ing] it with audio and visual commentary about their game performance." A quick search of any Internet video site would demonstrate this is not true. In fact all major gaming devices and computer operating systems now have the built-in ability to record gameplay or stream it live online.

13. **Recording on Windows 10:** *Record Game Clips with Game DVR on Windows 10*, Xbox Support, https://support.xbox.com/en-US/xbox-on-windows/social/record-game-clips-game-dvr-windows-10 (last visited February 12, 2018) (describing how to record gameplay on a computer running Windows 10) (attached herein as Exhibit A-13);

14. **Streaming on Windows 10 and Xbox:** *Broadcast Your Game With Mixer on Windows 10*, Xbox Support, https://support.xbox.com/en-US/games/game-setup/broadcast-game-with-mixer-windows-10 (last visited February 12, 2018) (describing how to livestream gameplay from a device running Windows 10) (attached herein as Exhibit A-14);

15. **Recording on iOS:** *How to Use QuickTime Player*, Apple Support (June 3, 2016), https://support.apple.com/en-us/HT201066 (describing how to record the screen on a device running iOS) (attached herein as Exhibit A-15);

16. **Recording on iOS Mobile:** *How to Record the Screen on Your iPhone, iPad, or iPod Touch*, Apple Support (Nov. 17 2017), https://support.apple.com/en-us/HT207935 (attached herein as Exhibit A-16);

17. **Recording on Xbox:** *Capturing Game Clips and Screenshots*, Xbox Support, https://support.xbox.com/en-US/xbox-one/console/capture-game-clips-and-screenshots (last visited February 12, 2018) (describing how to record gameplay on an Xbox gaming system) (attached herein as Exhibit A-17);

18. **Streaming on PlayStation 4:** *How to Broadcast on YouTube Using Your PlayStation 4*, Playstation.com (October 3, 2017), https://www.playstation.com/en-gb/get-help/help-library/apps---features/playstation-apps---features/how-to-broadcast-using-youtube/ (attached herein as Exhibit A-18);

DCP Opposing Comment                Exhibit A        Proposed Class 4: Audiovisual Works

19.   **Recording on PlayStation 4:** *Uploading a Video Clip*, PlayStation 4 User's Guide http://manuals.playstation.net/document/en/ps4/share/videoclip.html (last visited February 12, 2018) (describing how to record and upload gameplay from a PlayStation 4) (attached herein as Exhibit A-19).

**VCR Functionality:**

Finally, Huang argues that "circumvention of HDCP is necessary to recapture the functionality of VCR machines that once allowed for time, format, and space shifting of ephemeral signals." Yet again, Huang is behind the times. Numerous Digital Video Recording devices ("DVRs") that do not circumvent HDCP are currently available to users and far exceed the capabilities of traditional VCRs. For example, the latest iteration of the TiVo DVR allows users to pause, rewind, fast-forward, replay, or slow down live TV, to transfer a signal from one device to another, to record content (if allowed by the source TPM), to rescale a picture and overlay it with an info banner, and to configure personalize menus to better navigate through content. MVPDs like Dish Network, Comcast, and AT&T provide DVRs with similar time-shifting and space-shifting capabilities. Additionally, many of these devices come with advanced voice control and enhanced closed captioning for users with visual or auditory impairments.

20.   **TiVo Time Shifting:** *See Let the Fun Begin*, TiVo Roamio Welcome Center, https://www.tivo.com/quick-links/welcome-center-roamio/let-the-fun-begin (last visited February 12, 2018) (describing the time-shifting capability of the TiVo Roamio) (attached herein as Exhibit A-20);

21.   **TiVo Space Shifting:** *Beyond the basics of your TiVo Roamio DVR*, TiVo Roamio Welcome Center, https://www.tivo.com/quick-links/welcome-center-roamio/beyond-the-basics (last visited February 12, 2018) (describing the space-shifting capability of the TiVo Roamio) (attached herein as Exhibit A-21);

22.   **TiVo Recording:** *TiVo Roamio OTA 1TB DVR*, Tivo.com, https://www.tivo.com/shop/ota-detail (last visited February 12, 2018) (describing the recording capability of the TiVo Roamio OTA) (attached herein as Exhibit A-22);

23.   **Dish Network (The Hopper) Time and Space Shifting:** *The Hopper. The People's Choice*, Dish.com, https://www.dish.com/equipment/dvrs/hopper/ (last visited February 12, 2018) (attached herein as Exhibit A-23);

24.   **Xfinity (X1 DVR) Time and Space Shifting + Accessibility:** *Xfinity X1 Features*, Xfinity.com, https://www.xfinity.com/learn/digital-cable-tv/x1 (last visited February 12, 2018) (attached herein as Exhibit A-24);

25.   **U-verse Time and Space Shifting:** *Using your DVR*, AT&T Welcome Center, https://www.att.com/u-verse-welcome/tv/dvr.html (last visited February 12, 2018) (attached herein as Exhibit A-25);

DCP Opposing Comment                    Exhibit A          Proposed Class 4: Audiovisual Works

26.     **Cox (Contour 2 DVR) Time Shifting:** *Contour 2: DVR*, Cox.com, https://www.cox.com/residential/education-center/tv/dvr.html (last visited February 12, 2018) (attached herein as Exhibit A-26).