# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Matthew Green, *et al.*, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 16-cv-01492(EGS) |
| U.S. Department of Justice, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF JOHN P. BRIZEK,
TECHNICAL ADVISOR TO THE ADVANCED ACCESS CONTENT
SYSTEM LICENSING ADMINISTRATOR, LLC ("AACS LA") IN SUPPORT
OF THE AMICUS BRIEF OF CONTENT PROTECTION ORGANIZATIONS IN
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**I.   INTRODUCTION TO AACS LA**

1. I am John P. Brizek, technical advisor to AACS LA. I have been involved with AACS LA and the development and deployment of technology licensed by AACS LA for 11 years, including serving for 6 years as the Chair of the AACS Technical Group with responsibility for development and maintenance of the AACS technical specifications. I offer this declaration to show how the publication of Dr. Green's research would help purveyors of circumvention tools and to explain that the activities of NeTVCR cannot be isolated to HDCP-enabled devices.

   A.   **Background**

2. The Advanced Access Content System Licensing Administrator, LLC ("AACS LA"), is a cross-industry limited liability company with its principal offices in Beaverton, Oregon. The members of AACS LA are: International Business Machines Corporation, Panasonic Intellectual

1

Property Corporation of America, Microsoft Corporation, SCA IPLA Holdings, Toshiba America, Inc.,[1] Warner Bros. Entertainment Inc., Disney Worldwide Services, Inc. and DCP, LLC.

B. **Licensing**

3. AACS LA licenses the Advanced Access Content System ("AACS") technology that it developed for the protection of prerecorded high definition and, more recently, ultra high definition audiovisual content distributed on Blu-ray discs optical media ("BDs") and Ultra HD Blu-ray discs, respectively. The original AACS technology for high definition content is called AACS or AACS1 technology. The technology for Ultra HD content is called AACS2 technology. Ultra HD content has up to four times the number of pixels of "full HD" 1080P content (hence, Ultra HD motion pictures are commonly referred to as "4K"). AACS2 is a separate and distinct technology and licensing system from AACS1, which protects only HD content distributed on Blu-ray discs.

4. In order to persuade motion picture companies to agree to release motion pictures in the Ultra HD format, AACS LA made significant improvement in the technology used to protect Ultra HD motion picture content, as compared with the original AACS technology and licensing. In anticipation of the distribution of Ultra HD content on Ultra HD Blu-rays, the Blu-ray Disc Association challenged AACS LA to meet or exceed industry requirements, as embodied in specifications issued by the motion picture company's research arm, MovieLabs (see https://movielabs.com/solutions-specifications/enhanced-content-protection-ecp/), for a content protection system for protection against unauthorized uses (access, copying and redistribution) of motion picture content from Ultra HD Blu-ray discs. Meeting that goal took a two-year effort to produce a state-of-the-art content protection system for the Ultra HD Blu-ray discs. Unlike earlier encryption based technological protection measures, AACS2 requires manufacturer products to be

---

[1] The LLC membership interest previously held by Toshiba America Information Systems, Inc. was recently transferred to Toshiba America, Inc.

capable of in the field updating, so if a hack revealed a vulnerability in a particular product, that vulnerability could be fixed using a firmware upgrade.  Internet connectivity of consumer devices and players makes this "field updating" functionality possible whereas before compromised players were static and could not be corrected.  Once connected to the Internet the manufacturer can deploy a firmware upgrade to the compromised player so that the player will be fully compliant and playback new titles like any other AACS2-compliant player.

5. AACS LA licenses AACS and AACS2 to content owners, consumer electronics companies, computer software companies, and a large number of companies in related distribution and services industries.  Companies that prepare the media files for distribution and mass-produced Blu-ray discs and Ultra HD Blu-ray discs obtain an AACS and or an AACS2 license to become "Licensed Content Producers."  Manufacturers of consumer products and developers of computer software obtain a corresponding license from AACS LA in order to allow their playback devices (such as a Blu-ray disc player or major video game consoles) or their media player software to lawfully decrypt and play AACS-encrypted content embodied on Blu-ray discs and or AACS2-encrypted content embodied on Ultra HD Blu-ray discs, respectively.

6. These products made by AACS licensees form the "ecosystem" into which motion picture and television programming rights holders can distribute their content on Blu-ray discs or Ultra HD Blu-ray discs for consumers to purchase or rent, and then view on playback devices or media player software (useable on computing devices), while having encryption measures in place to control access to and protect the copyrights in such content (including by preventing unauthorized copying or redistribution of the content across the Internet or similar networks).

7. To date, more than one thousand companies license one or the other, or both, of the technologies offered by AACS LA.  AACS LA has issued more than 267 million decryption keys

to its manufacturer licensees for use in consumer playback devices for AACS1 technology and 7.5 million decryption keys for use in consumer playback devices for AACS2 technology.  Since a decryption key is issued for each individual player, then for every decryption key issued by AACS LA, there is a corresponding consumer device that can decrypt the respective AACS technologies (i.e., 267 million decryption keys means there are 267 consumer devices).   As far as copyrighted works distributed on BDs and Ultra HD Blu-ray discs, AACS LA has signed more than 197,000 certificates that are applied to content using AACS1 technology and 2300 certificates for content using AACS2 technologies to protect the content as recorded on BDs or Ultra HD Blu-ray discs.  Based on those numbers, AACS LA estimates that there are more than 100,000 distinct movie and television titles distributed on Blu-ray discs protected by AACS1 and more than 1500 movie and television titles distributed on Ultra HD Blu-ray discs protected by AACS2.

      C.    **Relationship to HDCP**

      8.    In order for a product to be licensed to decrypt the content, the terms of the original AACS license and the newer AAC2 license require the product manufacturer (licensee) to equip the product in a manner that adheres to certain rules that are specifically designed to protect copyrighted content from unauthorized access and use.  Under these rules (called "compliance rules"), a manufacturer must apply another authorized digital output protection technology to any digital outputs (since the content is decrypted within the player and then exists in a "clear" unprotected, digital form that could easily be accessed, copied and redistributed without the authorization of the copyright holders).

      9.    In the United States, the universally applied protected digital output technology is HDCP, since, to my knowledge, all (or virtually all) digital televisions recently sold in the United States have HDMI inputs with HDCP decryption capabilities.  Use of HDCP serves to protect that

decrypted content as it is transmitted digitally to a television or computer monitor. If HDCP is not applied, then the content could be captured in the signal as it is passed to the monitor. For example, the cable to the monitor or TV could be just as easily attached to an HDMI video capture device as easily as the cable could be attached to the monitor. An HDMI video capture device can be a very small size device capable of copying the contents of the HDMI signal to a piece of widely available storage media such as a USB key or SD card. The application of HDCP to the video signal output from a AACS-compliant manufacturer's product prevents the HDMI video capture device from recording the content signal, at least in a useable form.

D. **Enforcement**

10. AACS LA works with copyright owners in preventing circumvention devices from getting a foothold in the marketplace. AACS LA regularly contacts licensees that have failed to comply with the compliance rules in one way or another and has been uniformly able to work with licensees to bring their products into compliance.

11. AACS LA itself has pursued purveyors of circumvention products such as the DVDFAB software that circumvented AACS technology on Blu-ray discs.[2] *See Advanced Access Content Sys. Licensing Admin., LLC v. Shen*, 2018 WL 4757939 (S.D.N.Y. Sept. 30, 2018).

E. **Rulemaking Proceeding**

12. AACS LA has participated in the triennial rulemaking since its technology was first offered into the market, starting with the 2008-2010 proceeding. To date, the rulemaking has resulted in only limited exemptions permitting the circumvention of AACS employed on Blu-ray discs for specific noninfringing uses (such as educational and documentary filmmaking purposes). These

---

[2] AACS LA also worked with the government of Antigua, in its criminal prosecution of Sly Soft and its principal for violating the nation island's antitrafficking law.

exemptions have not applied, and do not currently apply, to content encrypted on Ultra HD Blu-ray discs protected with AACS2 technology. Furthermore, the rulemaking has rightly rejected requests that would permit circumvention for the purpose of making backup copies of the digital content distributed on protected optical discs and most importantly for the purpose of space-shifting of HD content distributed on AACS-protected Blu-ray discs.

**II.      Potential Harm from Publication of Code Developed by Dr. Green**

13.    AACS and AACS2, the technologies protecting Blu-ray and Ultra HD Blu-ray discs, respectively, have not yet suffered a generic hack.[3] Thus, AACS LA and its copyright owner licensees have had to pursue far fewer enforcement actions against purveyors of circumvention devices.

14.    Today, Blu-ray discs and Ultra HD Blu-ray discs do not enjoy the status that DVDs once did among consumers and represent a smaller part of the overall digital marketplace. So, if a hack was widely publicized, the size of these markets would not justify the risks to copyright owners in continuing to distribute their high value content using a compromised protection system for Blu-ray and Ultra HD Blu-ray discs.

15.    The risk is far greater due to the format offered on the discs. AACS protects content distributed in the high definition format, while AACS2 protects content distributed in the ultra-high definition format. The expectation is that more consumers are choosing the high definition format rather the standard definition (DVD-quality) and will eventually graduate to the ultra-high definition format. Currently, the ultra-high definition format with certain favorable viewing features such as

---

[3] While some particular implementations of AACS and AACS2 in certain products and titles have been compromised, leading to the creation of a limited number of circumvention products and tools, the core technology has not been hacked.

HDR has been delivered only on Ultra HD Blu-ray discs.[4] Accordingly, copyright owners have been willing to use Ultra HD Blu-rays to distribute their highest value content because they were confident in the ability of AACS2 technology to protect such content. Permitting the plaintiffs to publicize any hack of the AACS2 would certainly make copyright owners reconsider their plans to release content in the Ultra high definition format and most certainly on continuing to release it on the young medium, Ultra HD Blu-ray discs.

16. Greater broadband penetration and technological improvements in compression and storage exacerbate the risk of digital piracy to the high definition and ultra-high definition formats. Today a full length 4k movie (36Gb) can be downloaded in approximately 1 hour and 43 minutes assuming 50 Mbps. (My understanding is that download speeds in the United States routinely are at levels well above 50 Mbps.) Improvements in storage space and compression reveal that there are no longer technological limitations that would hold back anybody from readily "sharing" the content from a hacked Blu-ray disc.

17. DVD CCA's experience with DeCSS demonstrates that there is a marketplace for code that might be published as a result of Dr. Green's research. Dr. Green proposes, inter alia, to publish the source code to decrypt HDCP. In our opinion, publication of the decryption code for HDCP would likely lead to some number of actors incorporating that know-how into circumventing parts or products that would then be made widely available and potentially through legitimate consumer retail channels (since the publication would have been pursuant to a court order, thereby

---

[4] Although 4K may be available with some streaming services, these streaming services cannot guarantee 4K quality delivery as steaming is dependent on the consumers' Internet speeds and delivery. Similarly, streaming services advertise some offerings of HDR (high definition range) content, which ramps up contrast, brightness and color to the picture in the ultra-high definition format. But since HDR content relies on the successful delivery of the 4K stream, broadband limitations make Ultra HD Blu-ray disc the only format that can guarantee delivery of HDR content.

potentially legitimizing the activities that could follow the order).

18. The risk of inducing purveyors of circumvention products to target HDCP is far too high due to the role that HDCP plays. Content delivery can be viewed as a chain of events which begins at a source and ends with the content displayed on a peripheral such as television or monitor. Once the content is output as a signal to a display peripheral, and HDCP is intended to protect the signal, then there is nothing more than HDCP protecting the content in the signal. In fact, any technological protection measure employed earlier in the chain such as AACS or AACS2, is meaningless if the HDCP is circumvented.

### III. The Effects of NeTVCR Activities Cannot Be Isolated to HDCP-Enable Devices

19. To suggest that the market for copyrighted works distributed in physical media such as Blu-ray and Ultra HD Blu-ray discs is independent of the online market for copyrighted works represents a gross misunderstanding of the digital content ecosystem. As previously discussed, HDCP protects the video signal sent from the playback device to an output peripheral such as a television. At that point the video signal is protected solely by HDCP as the AACS or AACS2 employed to the protect the content on the disc has been decrypted at playback. Consequently, if circumvention of the HDCP occurs, then the video output signal is completely "in the clear" (i.e., there is no longer any copy protection of the copyrighted work), and a copy of the copyrighted work can be readily produced from this signal transmitting "in the clear" content. Although originating from physical media, this one "in the clear" copy can be redistributed readily and endlessly over networks with improved broadband speeds. As previously discussed, the improved speeds make trading in HD movies and, particularly Ultra HD movies attractive.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: October 30, 2019

_____
John P. Brizek