# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE, <br><br> Defendants. | Civil Case No. 16-cv-01492-EGS <br><br> **CORPORATE DISCLOSURE STATEMENT OF INTEL CORPORATION AND DIGITAL CONTENT PROTECTION, L.L.C.** |

Certificate required by LCvR 7(o) and, by reference, Rules 29(a)(4) and 26.1 of the Federal Rules of Appellate Procedure:

I, the undersigned, counsel of record for Intel Corporation, certify to the best of my knowledge and belief that Intel Corporation has no parent companies, and that no publicly-held corporation holds ten (10) percent or more of its stock.

I the undersigned, counsel of record for Digital Content Protection, L.L.C., certify to the best of my knowledge and belief that Digital Content Protection, L.L.C. is a limited liability company and is thus exempt from disclosure under the Local Rules. In the interest of full disclosure, I certify that Digital Content Protection, L.L.C. it is a wholly-owned subsidiary of Intel Corporation with no other subsidiaries or affiliates.

These representations are made in order that judges of this Court may determine need for recusal.

DATED: October 31, 2019

                                            Respectfully submitted:

                                            */s/     James M. Burger*
                                            James M. Burger (DC Bar No. 151720)
                                            THOMPSON COBURN LLP
                                            1909 K Street, NW Suite 600
                                            Washington, DC 20006
                                            (202) 585-6909
                                            jburger@thompsoncoburn.com
                                            *Attorneys for Intel Corporation and*
                                            *Digital Content Protection, L.L.C.*

## CERTIFICATE OF SERVICE

I certify that on October 31, 2019, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system and will be served upon all counsel of record by operation of the ECF system.

                                            */s/ James M. Burger*
                                            James M. Burger