AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF COLUMBIA

Matthew Green, et al.,
*Plaintiff*
v.
U.S. Department of Justice, et al.,
*Defendants.*

Case No. **1:16-cv-01492-EGS**

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*Amici Curiae:* Association of American Publishers, Inc., Entertainment Software Association, Motion Picture Association, Inc., and Recording Industry Association of America, Inc.

Date: November 12, 2019

*/s/ Robert H. Rotstein*
*Attorney's signature*

Robert H. Rotstein
(Admitted *Pro Hac Vice*)
California Bar No.: 72452
*Printed name and bar number*

MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
*Address*

rxr@msk.com, kls@msk.com
*E-mail address*

(310) 312-2000
*Telephone number*

(310) 312-3100
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on counsel of record for the parties electronically through the court's Case Management/Electronic Case Filing system.

DATED:  November 12, 2019

      Respectfully submitted:

      */s/Robert H. Rotstein*
      Robert H. Rotstein (Admitted *Pro Hac Vice*)
      MITCHELL SILBERBERG & KNUPP LLP
      2049 Century Park East, 18th Floor
      Los Angeles, CA  90067
      (310) 312-2000
      rxr@msk.com

*Attorneys for Amici Curiae, Association of American Publishers, Inc., Entertainment Software Association, Motion Picture Association, Inc., and Recording Industry Association of America, Inc.*