UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**NOTICE OF APPEARANCE** |

Please enter Michael A. Parks as counsel of record on behalf of movants Intel Corporation and Digital Content Protection, L.L.C. that have filed a brief *amici curiae*.

DATED:  March 5, 2021

Respectfully submitted:

                                                      */s/   Michael A. Parks*
                                                     Michael A. Parks (IL Bar #6217230)
                                                     *(admission pending)*
                                                     THOMPSON COBURN LLP
                                                     55 E. Monroe Street, Suite 3700
                                                     Chicago, IL 60603
                                                     (312) 346-7500
                                                     mparks@thompsoncoburn.com
                                                     *Attorneys for Intel Corporation and*
                                                     *Digital Content Protection, L.L.C.*

## **CERTIFICATE OF SERVICE**

      I certify that on March 5, 2021, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system and will be served upon all counsel of record by operation of the ECF system.

                                                */s/ Michael A. Parks*
                                                Michael A. Parks