UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE,<br><br>    Defendants. | Civil Case No. 16-cv-01492-EGS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE NOTICE the withdrawal of James M. Burger as counsel of record on behalf of movants Intel Corporation and Digital Content Protection, L.L.C. Michael A. Parks has entered his appearance as counsel of record on behalf of Intel Corporation and Digital Content Protection, L.L.C.

DATED:  March 8, 2021

Respectfully submitted:

/s/ James M. Burger
James M. Burger (DC #151720)
THOMPSON COBURN LLP
1909 K Street NW, Suite 600
Washington, DC 20006
(202) 585-6900
jburger@thompsoncoburn.com

*Attorneys for Intel Corporation and Digital Content Protection, L.L.C.*

**CERTIFICATE OF SERVICE**

  I certify that on March 8, 2021, I caused a true and correct copy of the foregoing to be filed with the Court using the Court's Electronic Case Files System ("ECF"). The document is available for review and downloading via the ECF system and will be served upon all counsel of record by operation of the ECF system.

                  */s/ James M. Burger*
                  James M. Burger