IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MATTHEW GREEN ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:16-cv-01492-EGS |
| v. | ) ) | Hon. Emmet G. Sullivan |
| U.S. DEPARTMENT OF JUSTICE ET AL., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF THE U.S. SUPREME COURT'S DECISION
ON COPYRIGHT LIMITATIONS IN *GOOGLE LLC V. ORACLE AMERICA, INC.*,
AS SUPPLEMENTAL AUTHORITY ON THE PENDING
MOTIONS FOR PRELIMINARY INJUNCTIONS**

Plaintiffs respectfully submit as supplemental authority the Supreme Court's landmark decision in *Google LLC v. Oracle America, Inc.*, 141 S. Ct. 1183 (2021) (Exhibit 1). The Court held that Google's use of software code—there, the Sun Java application programming interface (API)—was fair use as a matter of law. The Court explained that fair use is a flexible doctrine designed to "keep a copyright monopoly within its lawful bounds" and avoid "stifl[ing] the very creativity which [copyright] is designed to foster." *Id.* at 1196, 1198 (internal quotation marks omitted). The Court reemphasized that uses are favored as fair when they advance the purpose of copyright in promoting, rather than foreclosing, creativity: "To the extent that Google used parts of the Sun Java API to create a new platform that could be readily used by programmers, its use was consistent with that creative 'progress' that is the basic constitutional objective of copyright itself." *Id.* at 1203.

Consistent with the principles espoused in *Google*, this Court should conclude that Plaintiffs' research, publications of text and code, and other speech-related acts are also fair as a matter of law because, among other things, they seek to enable new, non-infringing innovations and creative expression and to advance the state of the art of computer security. This Court should similarly hold that Section 1201(a) may not, consistent with the constitutional purpose of copyright law, be construed to prohibit those activities.

Dated:  July 13, 2021                                                  Respectfully submitted by:

                                                  */s/ Brian M. Willen*
                                                  Brian M. Willen

Corynne McSherry (CA SBN 221504)                    Brian Willen (D.C. Bar No. 490471)
Kit Walsh (CA SBN 303598)                                    WILSON SONSINI GOODRICH & ROSATI
Adam Schwartz (CA SBN 309491)                         Professional Corporation
ELECTRONIC FRONTIER FOUNDATION          1301 Avenue of the Americas
815 Eddy Street                                                         40th Floor
San Francisco, CA 94109                                         New York, NY 10019
(415) 436-9333                                                         (212) 999-5800

                                                        Lauren Gallo White (CA SBN 309075)
                                                        WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation
                                                        One Market Plaza
                                                        Spear Tower, Suite 3300
                                                        San Francisco, CA 94105
                                                        (415) 947-2000

                                                        *Counsel for Plaintiffs*