**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MATTHEW GREEN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 16-1492 (EGS) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion for Preliminary Injunction is **DENIED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            July 15, 2021**