IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MATTHEW GREEN et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE et al., <br><br> Defendants. | Civil Action No.: 1:16-cv-1492-EGS <br><br> Judge Emmet G. Sullivan |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of August 4, 2021, the parties, through their undersigned counsel, hereby submit this Joint Status Report. Per the Court's Order, the parties have conferred regarding the status of this litigation and submit the following statement:

In response to this Court's Order of July 15, 2021, denying Plaintiffs' Motion for Preliminary Injunction, Plaintiffs intend to file a notice of appeal no later than September 13, 2021. The parties have therefore agreed that the case should be stayed in its entirety pending the resolution of the appeal. After Plaintiffs file the notice of appeal, the parties anticipate submitting a joint motion and stipulation for a stay pending the appeal to reflect this joint understanding. The parties agree that, in light of these anticipated developments, no action by the Court is necessary at this time.

Dated: August 18, 2021

Respectfully submitted,

/s/ Brian M. Willen
Brian M. Willen (D.C. Bar No. 490471)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
Email: bwillen@wsgr.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
Kathryn L. Wyer
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 616-8475
Fax: (202) 616-8470
Email: kathryn.wyer@usdoj.gov

*Counsel for Defendants*