# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN, ANDREW HUANG, AND ALPHAMAX, LLC, <br><br>         Plaintiffs, <br>     v. <br><br>U.S. DEPARTMENT OF JUSTICE, WILLIAM BARR, LIBRARY OF CONGRESS, CARLA HAYDEN, U.S. COPYRIGHT OFFICE, AND KARYN A. TEMPLE, <br><br>         Defendants. | Civil Case No. 16-cv-01492-EGS |

## NOTICE OF APPEAL

Notice is hereby given this 10 day of September, 2021 that Plaintiffs Mathew Green, Andrew Huang, and Alphamax, LLC, ("Plaintiffs") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 15 day of July, 2021 (Dkt. No. 51) in favor of Defendants U.S. Department of Justice, William Barr, Library of Congress, Carla Hayden, U.S. Copyright Office, and Karyn A. Temple ("Defendants") against said Plaintiffs denying preliminary injunction and prior order dismissing Plaintiffs' overbreadth, prior restraint, and Administrative Procedure Act claims, entered by this Court on June 27, 2019 (Dkt. No. 24).

-2-

Dated: September 10, 2021

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Brian M. Willen*
  Brian M. Willen
D.C. Bar No. 490471
WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
(212) 999-5800

Lauren Gallo White
WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Corynne McSherry
Kit Walsh
Adam Schwartz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiffs Matthew Green, Andrew Huang, and Alphamax, LLC*