IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE ET AL., <br><br> Defendants. | Civil Action No.: 1:16-cv-1492-EGS <br><br> Judge: Emmet G. Sullivan <br><br> **STIPULATION AND JOINT MOTION REGARDING STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

Plaintiffs and Defendants in this action hereby stipulate to the following:

**WHEREAS**, this Court dismissed certain of Plaintiffs' claims, including the overbreadth, prior restraint, and Administrative Procedure Act claims, on June 27, 2019 (Dkt. No. 24);

**WHEREAS**, this Court denied Plaintiffs' Motion for Preliminary Injunction on July 15, 2021 (Dkt. No. 51);

**WHEREAS**, Plaintiffs and Defendants filed a Joint Status Report on August 18, 2021 (Dkt. No. 53), indicating the parties' agreement that the instant case should be stayed in its entirety pending the resolution of an appeal;

**WHEREAS**, Plaintiffs filed a Notice of Appeal in this case, appealing the above orders (Dkt. Nos. 51, 53) on September 10, 2021 (Dkt. No. 54);

**WHEREAS**, the Notice of Appeal was transmitted to the United States Court of Appeals for the District of Columbia Circuit on September 13, 2021 (Dkt. No. 55);

**WHEREAS**, the Court has broad discretion to stay proceedings, *see Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *Belize Soc. Dev. Ltd. v. Gov't of Belize*, 668 F.3d 724, 732-33 (D.C. Cir. 2012);

**WHEREAS**, the parties agree that a stay of district court proceedings pending resolution of Plaintiffs' appeal would conserve judicial resources and the resources of the parties;

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE,** through their undersigned counsel of record, that the Court should stay further district court proceedings pending resolution of the appeal and that all deadlines in the instant action shall be stayed pending a further date to be set by this Court following the resolution of the appeal. The parties respectfully request that the Court so order.

Respectfully submitted,

Dated: October 1, 2021

/s/ Brian M. Willen
Brian M. Willen (D.C. Bar No. 490471)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
Email: bwillen@wsgr.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
Kathryn L. Wyer
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 616-8475
Fax: (202) 616-8470
Email: kathryn.wyer@usdoj.gov

*Counsel for Defendants*