# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN ET AL., | Civil Action No.: 1:16-cv-1492-EGS |
| Plaintiffs, | Judge: Emmet G. Sullivan |
| v. | |
| U.S. DEPARTMENT OF JUSTICE ET AL., | **[PROPOSED] ORDER** |
| Defendants. | |

The Court has reviewed the STIPULATION AND JOINT MOTION REGARDING STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL. Pursuant to stipulation, and good cause appearing, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: October ___, 2021

_____
Hon. Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE