# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5195**                                      **September Term, 2022**

**1:16-cv-01492-EGS**

**Filed On: January 31, 2023** [1983947]

Matthew D. Green, et al.,

       Appellants

    v.

United States Department of Justice, et al.,

       Appellees

## <u>M A N D A T E</u>

    In accordance with the judgment of December 6, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

              BY:    /s/
                       Daniel J. Reidy
                       Deputy Clerk

Link to the judgment filed December 6, 2022