# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GREEN et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No.: 1:16-cv-1492-EGS |
| U.S. DEPARTMENT OF JUSTICE et al., | ) ) Judge: Emmet G. Sullivan |
| Defendants. | ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of February 9, 2023, the parties hereby submit this Joint Status Report. The parties have met and conferred but have not yet agreed on a proposal regarding further proceedings in light of the mandate of the United States Court of Appeals for the District of Columbia Circuit. *See* ECF No. 59. In order to allow for further consideration and conferral, the parties respectfully recommend that the Court order them to submit another Joint Status Report in two weeks.

March 9, 2023

Respectfully submitted,

*/s/ Brian M. Willen*
Brian M. Willen (D.C. Bar No. 490471)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5800
Email: bwillen@wsgr.com

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Director, Federal Programs Branch

    */s/ Kathryn L. Wyer*
Kathryn L. Wyer
U.S. DEPARTMENT OF JUSTICE
Civil Division Federal Programs Branch
1100 L Street, N.W., Room 12014
Washington, D.C. 20005
Tel:  (202) 616-8475
Fax:  (202) 616-8470
Email:  kathryn.wyer@usdoj.gov

*Attorneys for Defendants*