IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW GREEN et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No.:  1:16-cv-1492-EGS |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE et al.,** | ) Judge: Emmet G. Sullivan |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

All Plaintiffs and all Defendants respectfully submit this joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties have met and conferred, and Plaintiffs have agreed to voluntarily dismiss with prejudice their remaining claims, with the intention of filing an appeal as to claims this Court dismissed on June 27, 2019.  *See* Order (ECF No. 24) & Mem. Op. (ECF No. 25).  This stipulation moots the Court's Minute Order of March 13, 2023 requiring the parties to file a Joint Status Report with recommendations for further proceedings.

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate that all remaining claims be dismissed with prejudice, and respectfully request that the Court dismiss the case.

Dated: March 23, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
Kathryn L. Wyer
U.S. DEPARTMENT OF JUSTICE
Civil Division Federal Programs Branch
1100 L Street, N.W., Room 12014
Washington, D.C. 20005
Telephone:  (202) 616-8475
Facsimile:  (202) 616-8470
Email:  kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Brian M. Willen*
Brian M. Willen (D.C. Bar No. 490471)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
Email:  bwillen@wsgr.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, a true and correct copy of the foregoing Joint Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

                                                */s/ Brian M. Willen*