IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW GREEN et al.,**<br><br>  Plaintiffs,<br><br> v.<br><br>**U.S. DEPARTMENT OF JUSTICE et al.,**<br><br>  Defendants. | Civil Action No.: 1:16-cv-1492-EGS<br><br>Judge: Emmet G. Sullivan |

**JOINT MOTION REQUESTING ENTRY OF JUDGMENT**

Plaintiffs Matthew Green, Andrew Huang, and Alphamax, LLC ("Plaintiffs"), joined by Defendants (together with Plaintiffs, the "Parties"), respectfully move for the entry of final judgment against Plaintiffs in this matter, including with respect to claims this Court dismissed on June 27, 2019. In support hereof, the Parties state as follows:

1. On March 23, 2023, the Parties filed a Joint Stipulation of Dismissal. (ECF No. 61). As described in the Stipulation, Plaintiffs agreed to voluntarily dismiss with prejudice their remaining claims, thus abandoning any potential appeal of those claims, with the intention of filing an appeal only as to claims this Court dismissed on June 27, 2019. *See* Order (ECF No. 24) & Mem. Op. (ECF No. 25). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the stipulated dismissal took effect "without a court order."

2. Fed. R. App. P. 4(a) requires entry of judgment before filing an appeal and Fed. R. Civ. P. 58(a) requires entry of judgment to "be set out in a separate document."

3.       On March 24, 2023, the Court closed this matter; however, no minute order or separate order has been entered on the docket entering judgment against Plaintiffs with prejudice on all remaining claims, including the claims dismissed by the Court on June 27, 2019.

4.       Pursuant to Fed. R. Civ. P. 58(d), Plaintiffs request that judgment against Plaintiffs with prejudice be set out in a separate document as required by Fed. R. Civ. P. 58(a).

For these reasons, Plaintiffs request that this Court enter final judgment against Plaintiffs with prejudice, including with respect to claims this Court dismissed on June 27, 2019, without prejudice to Plaintiffs' right to appeal those claims.

<table>
<tr><td>

Dated:  May 9, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
Kathryn L. Wyer
U.S. DEPARTMENT OF JUSTICE
Civil Division Federal Programs Branch
1100 L Street, N.W., Room 12014
Washington, D.C. 20005
Telephone: (202) 616-8475
Facsimile: (202) 616-8470
Email: kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

</td><td>

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Brian M. Willen*
Brian M. Willen (D.C. Bar No. 490471)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

*Counsel for Plaintiffs*

</td></tr>
</table>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW GREEN et al.,**  Plaintiffs,  v.  **U.S. DEPARTMENT OF JUSTICE et al.,**  Defendants. | **Civil Action No.: 1:16-cv-1492-EGS**  **Judge: Emmet G. Sullivan** |

## [PROPOSED] ORDER
## GRANTING JOINT MOTION REQUESTING ENTRY OF JUDGMENT

Upon consideration of the Joint Motion Requesting Entry of Judgment, it is hereby ORDERED that the motion is granted. It is further ORDERED that final judgment is hereby entered against Plaintiffs, with prejudice. The Clerk is directed to enter this Judgment as a separate document pursuant to Fed. R. Civ. P. 58(a).

_____
HONORABLE EMMET G. SULLIVAN
U.S. District Court Judge