AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
MAY 09 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MATTHEW GREEN et al )
*Plaintiff* )
v. )  Civil Action No. 16-1492 (EGS)
U.S. DEPARTMENT OF JUSTICE et al., )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Ordered that final judgment is entered against Plaintiffs, with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge EMMET G. SULLILVAN on a Joint motion requesting entry of judgment

Date: 05/09/2023

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*