# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW GREEN et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE et al.,**<br><br>**Defendants.** | Civil Action No.: 1:16-cv-1492-EGS |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs (Matthew Green, Andrew Huang, and Alphamax, LLC) appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order (ECF No. 24) and Memorandum Opinion (ECF No. 25) of this Court entered on June 27, 2019 dismissing certain of Plaintiffs' claims. This Notice of Appeal follows the Court's entry of final judgment on May 9, 2023 (ECF No. 63).

Dated:  July 10, 2023                                      Respectfully submitted,

                                                            */s/ Brian M. Willen*  
Brian M. Willen  
D.C. Bar No. 490471  
WILSON SONSINI GOODRICH & ROSATI, P.C.  
1301 Avenue of the Americas, 40th Floor  
New York, NY 10019  
(212) 999-5800  

Lauren Gallo White  
WILSON SONSINI GOODRICH & ROSATI, P.C.  
One Market Plaza, Spear Tower, Suite 3300  
San Francisco, CA 94105  
(415) 947-2000  

Corynne McSherry  
Kit Walsh  
Adam Schwartz  
ELECTRONIC FRONTIER FOUNDATION  
815 Eddy Street  
San Francisco, CA 94109  
(415) 436-9333  

*Counsel for Plaintiffs Matthew Green, Andrew Huang and Alphamax, LLC*